**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| In Re: | Consolidated Case No. 10-17952 |
| CONSOLIDATED MERIDIAN FUNDS, a/k/a MERIDIAN INVESTORS TRUST, et al. | |
| Debtors.[1] | |
| MARK CALVERT, as Liquidating Trustee of Meridian Mortgage Investor Fund I, LLC, Meridian Mortgage Investor Fund II, LLC, Meridian Mortgage Investor Fund III, LLC, Meridian Mortgage Investor Fund V, LLC, Meridian Mortgage Investor Fund VI, LLC, Meridian Mortgage Investor Fund VII, LLC, | Adversary No. 12-01767 |
| | **FIRST AMENDED COMPLAINT AND JURY DEMAND** |

---

[1] The Debtors were Meridian Mortgage Investors Fund V, LLC (Case No. 10-17952); Meridian Mortgage Investors Fund II, L.L.C. (Case No. 10-17976); Meridian Mortgage Investors Fund VII, LLC (Case No. 10-17953); Meridian Mortgage Investors Fund VIII, LLC (Case No. 10-17958); Meridian Mortgage Investors Fund VI, LLC (Case No. 10-18729); Meridian Mortgage Investors Fund IX, LLC (Case No. 10-18727); Meridian Mortgage Investors Fund X, LLC (Case No. 10-18728); Meridian Real Estate Opportunity Fund I, LLC (Case No. 10-19645); Meridian Real Estate Opportunity Fund II, LLC (Case No. 10-19644); Meridian Mortgage Investors Fund I, L.L.C. (Case No. 11-10830); Meridian Mortgage Investors Fund III, LLC (Case No. 11-10833); and MPM Investor Services Inc. (Case No. 11-10834). Together, these Debtors are referred to herein as the "Fund Debtors." Pursuant to the Plan confirmation order entered on June 22, 2011, the Cases have been substantively consolidated and Mark Calvert is the Liquidating Trustee.

| | |
|---|---|
| FIRST AMENDED COMPLAINT AND JURY DEMAND - 1 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |

51285722.2

Meridian Mortgage Investor Fund VIII, LLC,
Meridian Mortgage Investor Fund IX, LLC,
Meridian Mortgage Investor Fund X, LLC, MPM
Investor Services, Inc., Meridian Real Estate
Opportunity Fund I, LLC, Meridian Real Estate
Opportunity Fund II, LLC, and the Liquidating
Trust of June 21, 2011; Aaron and Suzanne Kelly;
Alex Cordas/Viking; Alison Kinder; Alvin
Berman; Anne Prewett; Anne Sopher-Shapiro;
Barbara Thompson; Betty Treiger; Bill & Linda
Green Revocable Trust; Brian Lagen; Brenda
Smith; Brett Nesland; Bruce P. and Karleen
Kennedy Trust; Bruce S. & Carol L. Backer; The
Estate of Bruce Watson; Bruce Zimmerman; Carl
Pavelko; Carl Pavelko IRA; Carol Nelson;
Carolyn Graves; Catherine Hansen; Charles Scott
Harbert; Christine Buecker; Christine Whitney;
Daniel Joseph Allen; David & Mary Jo Nelson;
David Allen Hill; David Nelson; Dennis & Paula
Heck; Diane Lauerman; Dianne M. Fisher; Donald
F. Berry; Doug Whittle; Doyl Burkett; Dr. Brian
A. & Ramona Sakamoto; Eric Jarvis; Eric Smith;
Erik Morris; Fenton Love; Gary Stevens; Henry &
Charlotte Kim; Henry Waggoner; J. Greg Zoltani;
Jackie Gran; Jacqueline Ramsey; James A. North;
James Claus; Jan Sobieralski & Louise
McNerney; Janice Miller; Jay & Lisa Clem; Jaye
Johnson; Jeffrey Lanctot; Jeffrey Richter &
Kristin Trace; Jens Gran; Jette Jon Bunch; Jill
Berman; Jo Hoffman; John & Joanne Wejak; John
S. Barney; John S. Brasino; John S. & Katie M.
Milne; Joseph W. McNamee; Judy Meleliat; Karl
Sandborg; Kevin Daviscourt; Kristen Jarvis;
Kristin Griffith; Kurt Daviscourt; Larry Berman;
Lee Jr. Family Trust; Leif Youngberg; Leonard
Dietrich; Loni L. Gray Living Trust; Lori Elliot;
Lory Lybeck; M. Eugene Miller; Manuel Rivelo
Living Trust; Marc Lagen; Margo Lagen; Marika
Pineda; Mark Shapiro; Martin E. McQuaid; Mary
L. Davis; Mary Moore; Mary Reilly Jensen;
Matthew J. & Wendy C. Costello; Michael &
Tonya Venneberg; Michael Nesland; Morris &
Anita Hendrickson; Neal Baum; Nick J. & Stacie
L. Beck Living Trust; Pasner Family Trust;

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 2 | FOSTER PEPPER PLLC 1111 THIRD AVENUE, SUITE 3400 SEATTLE, WASHINGTON 98101-3299 PHONE 206-447-4400 FAX (206) 447-9700 |
|---|---|

51285722.2

1  Patricia Blumenthal; Patricia J. McNamee;
2  Patricia Peterson; Patricia Robinson; Peter
   Boleneus; Peter Jarvis IRA; Ray Frederick; Ray
3  Hebert; Richard & Marjorie Sampson; Richard
   Brashen; Rick Braumoeller; Rob Chandler; Robert
4  & Mary Montgomery; Robert Montgomery IRA;
   Robert Fairbairn; Robert Friedman; Robert Stack;
5  Rothschild Revocable Living Trust; Ron
   Neubauer; Ronald C. Norris and Linda S. Talley;
6  Russ Humphrey; S. Bruce and Edith B. Tobin;
7  Sam T. & Virginia Howard; Sandra Dunn; Santos
   & Lidia Argueta; Shane McTaggart; Sharon
8  Warsinske; Shirley Peterson; Stanley M. Graves
   IRA; Stanley Zimmer; Steven & Carrie Yates;
9  Steven Sasaki; Stuart Hagen; Susan Gilleland;
   Susan-Claire Anderson Reid; Suzanne C. Johnson;
10 Talking Dreams Stable; TATS of WA, Inc.,
   defined Pension Plan; Theodore Owen Gates;
11 Timothy L. Sutherland Living Trust; Todd
12 Mueller; Victoria Littleman; William John
   Bloudek, Jr.; William G. Garrett; Adeline
13 Shannon; Al Chandler; Alan C. Stewart/Stewart
   Family Recov.; Alan D. Cornell; Alan F. Roberts
14 IRA; Alan G. Willett/Al Willett; Albert A. James
15 Living Trust; Albert W. Emonds; Alberta J.
   Fahlsing; Alden M. Garrett; Alexander Children
16 LLC; Alice Johnson Exemption Trust; Alice
   Wraith; Allen & Millicent Day; Anderson Family
17 Revocable Living Trust; Andrew L. Orton IRA;
18 Andrew L. & Mary Lee Orton; Anita
   Hendrickson; Ann Morris & James Sobieck;
19 Annette Lave Ostergaard; Anthony & Julie
   Panagiotu; Anthony Brian Davenport; Anthony J.
20 Robins; Anthony Tamaccio & Chi Lay Bahn;
   Antonietta Galotola; Arlen Prentice; Arthel
21 Burklund; Atsuko Klein; Barbara & Pat Carey;
22 Barbara A. Smith; Barbara Burns; Beth P. Carver-
   Kennel; Big E Construction; Bob Pappas; Bocek
23 Family LP II; Brian P. Mulligan; Brian Pearson
   IRA/Viking; Brian Yates; Bruce Guenzler & Mary
24 Heidt; C. Eric Gulotta; Camelia J. Dobrick; Caren
   L. Toney; Carl & Karen Elliott; Carl Scott East;
25 Carlos Herrera; Carole Maddock; Carolyn
26 Gaylord; Carsten & Elizabeth Henningsen;

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 3 | FOSTER PEPPER PLLC |
| --- | --- |
| | 1111 THIRD AVENUE, SUITE 3400 |
| | SEATTLE, WASHINGTON 98101-3299 |
| | PHONE 206-447-4400 FAX (206) 447-9700 |

51285722.2

1  Catherin Maxwell; Celia Herrera; Chad Reed;
2  Charles Albright; Charles E. Jenks; Charles Flynn;
   Charles L. LeFevre/Viking Retirement; Charles R.
3  Knight; Chris Prentice; Chris Seeley; Christianson
   Living Trust; Christina Koons; Christopher Kane
4  Rollover IRA; Clauson Family Trust; Clifford
   ("Cliff") & Marie Hackney; Clifford N. Harby;
5  Constance Weiss; Cornerstone Alternative Fixed
   Income Fund LP; Craig & Darla Brand; Craig A.
6  Norsen IRA; Craig Bruya; Craig R. Edwards;
7  Craig Tall; CRER Capital Holdings LLC; Crista
   Ministries; Crista Ministries Operating Acct;
8  Crista Ministries/ASAR Endowment; Crista
   Ministries/CVM Endowment; Crista
9  Ministries/SC Endowment; Crystal Mountain
   Founders Club; Cynthia S. Lair/Charles Schwab;
10 Dale & Linda Miller; Dale Knelevich; Dale L.
11 Cowles; Dan Dingfield; Dan Gatchet; Dan Rasar;
   Dana Taylor Davenport; Daniel Kearin; Daniel
12 Kearin IRA; Daniel T. & Jessie G. Hayden
   Unitrust/Crista; Darle & Patricia Blumenthal;
13 Darpat LLC; Darrin Erdahl; Daryl & Joyce Reoch;
   Dave & Karen Hobson; David & Anne Gilbert;
14 David & Barbara Rogers; David & Sonia
15 Alexander; David & Susan Stewart Family Trust;
   David A. Buecker; David A. Spencer; David
16 Alexander; David Beitel; David C.E. Williams;
   David Charles Leisy; David Graybill/David
17 Graybill IRA/Charles Schwab; David Greenheck;
   David J. Barenborg; David Lee Johnson; David
18 M. Bray III; David M. Hyink; David Moseley;
19 David N. Chichester; David O'Hara; David
   Stempel; David Stewart/Sterling Trust Co; David
20 W. & Kortney L. Graybill; Dawn D. Tumham;
   Debbie C. Acton; Deborah & Jennifer Brehm;
21 Deborah A. Weasea; Deborah Garrett; Deborah
   Garrett 2002 Trust; Deborah M. Geffrard; Debra
22 Blumberg; Dee Tour du Monde; Delmar & Jerry
23 Burkett; Denise C. Chandler Smith; Dennis &
   Wilma Johnson; Dennis Claus; Dennis Iverson;
24 Dennis Rossman; Dennis Weston IRA; Denny
   Shuler; Diane Katz/Viking; Diane Stielstra/Diane
25 Stielstra & Don Fry; Donald Esfeld; Donna
26 Whitney IRA; Donna Willett; Doris M. Katz

---

FIRST AMENDED COMPLAINT AND JURY
DEMAND - 4

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE 206-447-4400 FAX (206) 447-9700

51285722.2

Credit Trust; Dorothy M. Rupert; Doyl & Catherine Burkett; Drew Fletcher; Drew Thoresen; Dudley W. Johnson; E. Doris Gough Trust; Ea Lilja; Eduardo R. Garcia; Eduardo R. Garcia & Jane C. Hoerig; Edward Charles Kauffman; Edward Garth; Edward J. Alto; Edward J. O'Toole; Edward Keven Greenfield; Edward M. Hartstein; Edward R. Stanek IRA; Eldon Larson; Eleanor Karapetian; Elizabeth Dowd; Elizabeth Hampson aka Karen E. Elmer; Elizabeth Ione Newman; Elizabeth Tilbury-Marquard; Ellen J. Koutsky; Emma Sigmund Trust; Enid R. Clauson; Erik Meltzer; Estate of Margaret Thoresen; Evan Smith & Barbara Schechter; Evergreen Barbecue; F. Ross Boundy; Fairweather Lane; Floyd B. Barnes; Forrest Lee Brissey; Frances Byrne; Frank M. Mercker; Franklin B. Flowers; Fred & Marilee Slusser; Fred G. Neufeld; Fred Neufeld; Fred Wert; Frederic J. Sigmund; Frederic J. Sigmund IRA/Viking; Frederick W. Lurmann; Garrett M. Upper; Gary Galeotti IRA; Gary Galeotti Sep IRA; Gary Galeotti/Galeotti Living Trust; Gayle A. Murdock; Gene Fetters; George E. Burt IRA; George G. Toussaint; Gerald (Jerry) Hendin; Geraldine Ann King GST Trust; Gina Burrow; Glenn R. Holst; Glenn R. Holst IRA/Equity Trust; Goldie Feinberg; Gordon L. Rockhill/Gordon Rockhill IRA; Gordon Willett; Greg Whitney IRA; H. Raymond & Jina Lankford; Haley Elizabeth McCurry; Hallie S. Maxon Trust; Hanan Berman; Harold & Jacklyn Vhugen; Harold E. Olsson IRA; Harold F. Vhugen; Harris Family Trust; Heather Moynihan; Helen M. Miller; Henry Brehm IRA; Henry H. Happel III; Henry R.E. Spouse; Herrera Environmental Consult.; Hope R. Garrett; Hyun Ju Low; Irwin Gruverman; Isabelle Noiret; Jack & Linda Middlebrooks; Jack Jackson aka C. Jack Jackson; Jacklyn Vhugen; Jacqueline Pappas; James & Camelia Dobrick; James & Marianne Wilkinson; James A. Tryon; James and Lisa O'Neal; James C. Dobrick; James J. Casey; James L. & Lynne M. Addington; James L. Addington IRA; James M. Becker; James M. Marquard;

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 5 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
| --- | --- |

51285722.2

James P. Newcomb; James Pechan; James R. Anderson; James R. Swanson; James Sweet; Jan Diepenheim/Jan Diepenheim/Viking; Jane C. Hoerig; Janet M. Harding; Janet Stanton IRA/Charles Schwab; Janis Ban IRA; Jann A. Curley; Jarvis Gift Trust #1/Sally B. Jarvis Family Gift Trust UA DTD 11/01/94; Jarvis Gift Trust #2/Sally B. Jarvis Family Gift Trust #2; Jeanne Carlson; Jeanne Edwards; Jeanne W. Carlson; Jeanelle Shields; Jeffrey Keck; Jeffrey L. & Denise J. Beauchamp; Jene H. Deguchi; Jenner Charitable Remainder Unitrust; Jeremey & Linda Mattox; Jerry R. Ronk IRA; Jerry T. Party; Jessica Prince; Jill A. Flynn; Jim Purdy; Jo Ann Corfman; Joan L. Johnson Living Trust; Joanne E. Galloway Trust; Joanne Meyers IRA; Jody M. Albright; Joel Korotzer; John A. McLeod; John Carr; John D. Opalka; John Davids; John E. Pendergast; John F. & Marjorie A. Thatcher; John Francis Henry Trust; John H. (Jack) & Patricia A Stahl; John L. Backes/Charles Schwab; John L. Backes & Robin J. Roberts aka J. Backes & R. Roberts Revocable Trust; John Schneider; John Spicer; John T. Towey; John W. Warjone; John W. Young; John W. Young IRA/Charles Schwab; Jon F. Nordby; Jose Carrasquero; Joseph L. Davis; Joseph Waskom; Judith A. Jance; Judith Cooper Hayden aka Judith Hadyen; Judith Hughes; Judy Bledsoe Addington Credit Trust; Judy M. Schneider; Julie Carkin; June Burghardt; Karen Hobson IRA; Kari J. Guddal Record aka Kari Record; Karleen K. Kennedy; Karyn L. Kelley; Katherine D. Schmidt; Katherine Leigh McCurry; Katherine N. Heun; Kathleen Opler; Kathleen T. Snyder/Charles Schwab; Kathryn R. Sigmund IRA/Viking; Kathy & Duane Timmons; Kathy Gerke; Kay M. Edwards; Kathy Opler; Keith Schafer; Kelley Kennedy; Kelsey M. Edwards; Ken & Loretta Story; Ken B. Martin; Ken Story; Ken Story IRA; Kendal Martin; Kenneth & Katherine Heeter; Kenneth Heeter/Charles Schwab; Kenneth R. Koehler; Kevin & Alia Peterson; Kevin & Kathy Daviscourt; Kevin & Kelley Kennedy; Kevin

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE 206-447-4400 FAX (206) 447-9700

51285722.2

Gabelien; Kevin Kennedy; Kimberly Susan Sinfield Family Trust; Kourtney Lorriane Graybill IRA/Charles Schwab; Kristin A. Jamerson; Kurt C. Edinger; Kyle Edwards; Lance Mueller; Lance Mueller & Assoc.; Lance Mueller & Assoc. Profit Sharing Plan; Lance P Mueller IRA/RBC Capital Markets; Larry Culver; Larry M. Jensen; Larry Stauffer; Laura L. Anderson; Laurie Towey; Lawrence Michael & Michael Glenn; Lee A. Smith; Lee Kraft; Leslie Garrett 2002 Trust; Linda Breiwick; Linda D. Adams; Linda G. Jeans; Linda Griffin; Linda H. Preizler; Lloyd A. Knight Charitable Remainder Unitrust/Crista; Lois Gelman/Eric Fassler; Lola A. Yeend Growth Fund LLC & Lola A. Yeend Bond Income LLC; Loretta Kelly; Loretta Story; Loretta Story IRA; Lorin J. Anderson Trust; Lynne M. Addington IRA; Mahlon & Jeanne Nichols; Malcolm L. Edwards; Malcolm L. Edwards & Elizabeth Dowd; Malmfeldt Living Trust; Marc & Trina LaRoche; Marc LaRoche IRA; Margaret AH Siemion; Margaret Ann Ross; Margaret Tilbury; Margey Thoresen aka M. A. Thoresen; Marilyn H. Kean; Marjorie Easley; Marjorie J. Holstege; Mark & Barbara Roller; Mark & Joan Lombardi; Mark & Susan Blanchard; Mark B. Upson; Mark Cramer; Mark Weisman IRA; Marlee Kleca; Marlene Winter; Martin & Susan McCurrey; Martin Thomas Paul; Martyn F. Adams; Mary A. Sifferman; Mary Ann Gonzalez; Mary Ann Mackay; Mary Ann Moore; Mary B. Veal; Mary Elizabeth Kelly; Melissa Klebanoff; Meyers Investment LLC; Michael & Diane Quiriconi; Michael J. Sweeney & Cathleen M. Carr; Michael Ken Menth; Michael Krutsinger; Michael Quiriconi IRA; Michael R. Oreskovich; Michael Rasmussen; Milton & Jane Barrett; Mimi Cristall/Macho Mouse; Monica H. Mackin; Monte & Nancy Szendre; Morgan G. Edwards; Muriel Van Housen Charitable Remainder Unitrust; Nathan Benedict & Steven Nyman; NCCF Support Inc/Bill Layton; Neal Sullins; Neville & Louella Dowell FLP; Norma Barnecutt; Norma Jean Spouse; Pamela B.

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 7 | FOSTER PEPPER PLLC |
|---|---|
| | 1111 THIRD AVENUE, SUITE 3400 |
| | SEATTLE, WASHINGTON 98101-3299 |
| | PHONE 206-447-4400 FAX (206) 447-9700 |

51285722.2

1  McCabe; Patricia A. Campbell; Patricia Anne
2  Friedland/Pat Friedland; Patricia Marie Logan;
   Patricia Sabin/Penny Sabin; Patrick J. Burns;
3  Patrick Mitchell; Paul A. Nelson; Paul Fergen;
   Paul G. Ellingson; Paul H. Soderlund IRA; Paul
4  M. McDermott; Paul Stutesman; Paul Walker;
   Payton Smith IRA; Peter & Sandra Jouflas; Peter
5  G. Alder; Peter Garrett; Peter Langmaid/Elizabeth
   Langmaid UGMA/Jessica Langmaid UGMA/Peter
6  Langmaid & Audrey Shiffman; Peter Sutherland;
7  Phil & Anita Rockefeller; Phillip & Susan Parise;
   Philip Stielstra; Pieter & Claire Van Wingerden;
8  Poul & Joann Hansen Living Trust; Ralph B.
   Walker; Ralph R. Zeck DDS MS PS; Ray Bowen;
9  Raymond Klein; RDV Racing LLC; Richard &
   Hope Stroble; Richard & Linda Korver; Richard
10 & Susan Warsinke; Richard A. Snyder/Charles
   Schwab; Richard B. King Exempt Trust; Richard
11 D. Padrick; Richard Izmer Revocable Living
12 Trust; Richard Lawrence Johnson; Richard
   Machin; Richard Michael Creighton IRA; Richard
13 R. Radloff; Richard Ress; Richard S. Munsen Jr
   IRA; Richard W. Campbell; Richard W. Johnson
14 IRA/Sterling Trust; Richard W. Johnson Living
15 Trust; Rick & Betsy Ellingson/Rick & Mary
   Ellingson; Rita Pampanin; Robert & Catherine
16 Ferguson; Robert & Carol Grant; Robert & Karyn
   L. Kelley; Robert & Lyndi Taylor; Robert Bashor;
17 Robert Bernardo; Robert C. Abbe; Robert C.
18 Wallace; Robert Dennis & Peggy Jean Turner
   Charitable Unitrust/Crista; Robert E. Miller;
19 Robert F. & Cynthia M. Mokos; Robert G.
   Noftsger IRA/Viking; Robert G. Noftsger
20 Roth/Viking; Robert J. & Katherine Heun Trust;
   Robert J. & Nancy Hutnik; Robert J. Gerke;
21 Robert J. Heun; Robert J. Hutnik; Robert J.
22 Stanton Trust FBO James L. Stanton; Robert
   Jeans; Robert L. Cooper Family LLC; Robert L.
23 Hoffman; Robert Murray Darling/R. Murray
   Darling; Robert Noftsger; Robert O. Edwards
24 Trust; Robert P. & Catherine A. Betz; Robert
   Sours; Robert Staudacher; Robert Tauscher;
25 Robert Taylor IRA; Robert Wroblewski; Robin J.
26 Knepper Living Trust; Robin Knepper GST Non

---

FIRST AMENDED COMPLAINT AND JURY
DEMAND - 8

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE 206-447-4400 FAX (206) 447-9700

51285722.2

Exempt QTIP; Rodney B. Smith & Ellen B. McCown; Roger K. Hammers IRA & Roth; Roger L. Winter; Roland & Margaret Ross; Roland J. Ross IRA; Ron Buzard; Ronand Norris/Ronand Norris & Linda Talley; Ronald & Deborah Parker; Ronald J. Kiracofe; Roy & Kathleen Whitman; Roy A. Slack MD; Ruhl Family Trust/K. Michael Ruhl; Ryan Andrew McCurry; Sam & Virginia Howard; Samuel Selinger IRA; Sandra Alto; Sara L. Schmitt; Sarah Johnson Armstrong; Scott D. Murdock; Scott Jennings; Scott Silver; Seidner Investments LLC; Sharon Lynne Davidoff; Sheila K. Striegl; Shelley Smith; Sherri Zom IRA; Sherrie Wilson; Shirley Iverson; Sonia Fradkin; Stanek Family Trust; Stanley B. Eastberg; Stephanie Erdahl; Stephen P. Walker III; Stephen Prentice; Stephen R. Jepson; Stephen W. Radons; Steven & Evelyn Chestnut; Steven Ban; Steven P. Wisner; Susan A. Stewart/Sterling Trust Co; Susan Ann V. Bray; Susan Melodia; Susan Stanek Winget Sep IRA; Suzanne Kotz; Suzanne Roberts IRA; Tacor Properties LLC; Terry & Rita Deschenes; Terry Collier; Theodore & Nancy Preg; Thomas & Cathy Friedland; Thomas B. Keefer; Thomas C. Green IRA/Charles Schwab; Thomas C. Green MD IRA/Charles Schwab; Thomas E. & LouAnn Rypka; Thomas F. Topel; Thomas F. Topel IRA/Charles Schwab; Thomas McGreevy; Thomas O. Orvald; Thomas W. & Cheryl L. Merriman; Thomas W. Friedland; Thomas W. Roberts; Timothy Higgins; TJI II LLC; Todd D. Silver; Tom Nickels; Tryg Winquist; Uri Silberstein; Vicki L. Brakke; Virginia Gabelein; Vivian Wheeler; Walter & Denise Smith; Warren (Terry) & Shari Hill; Wilbur Schick; Wilkinson Charitable Unitrust; William & Wenche Riva; William E. Whitaker; William Elmer IRA/Kibble Prentice; William F. Amman; William Fahlsing; William Gaylord; William H. Martin; William Larson; William P. Wolfe; Yates Family LLC; Yates Family LP; Yoko Murao; Zhanbing Wu; and, Zimmerman Trust/Miriam A. Zimmerman Living Trust,

Plaintiffs,

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 9 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
| --- | --- |

51285722.2

vs.

ZIONS BANCORPORATION, a Utah corporation; THE COMMERCE BANK OF WASHINGTON, N.A., a federally chartered commercial bank,

Defendants.

MARK CALVERT, as Liquidating Trustee of the Liquidating Trust of June 21, 2011, Aaron and Suzanne Kelly, Alex Cordas/Viking, Alison Kinder, Alvin Berman, Anne Prewett, Anne Sopher-Shapiro, Barbara Thompson, Betty Treiger, Bill & Linda Green Revocable Trust, Brian Lagen, Brenda Smith, Brett Nesland, Bruce P. and Karleen Kennedy Trust, Bruce S. & Carol L. Backer, The Estate of Bruce Watson, Bruce Zimmerman, Carl Pavelko, Carl Pavelko IRA, Carol Nelson, Carolyn Graves, Catherine Hansen, Charles Scott Harbert, Christine Buecker, Christine Whitney, Daniel Joseph Allen, David & Mary Jo Nelson, David Allen Hill, David Nelson, Dennis & Paula Heck, Diane Lauerman, Dianne M. Fisher, Donald F. Berry, Doug Whittle, Doyl Burkett, Dr. Brian A. & Ramona Sakamoto, Eric Jarvis, Eric Smith, Erik Morris, Fenton Love, Gary Stevens, Henry & Charlotte Kim, Henry Waggoner, J. Greg Zoltani, Jackie Gran, Jacqueline Ramsey, James A. North, James Claus, Jan Sobieralski & Louise McNerney, Janice Miller, Jay & Lisa Clem, Jaye Johnson, Jeffrey Lanctot, Jeffrey Richter & Kristin Trace, Jens Gran, Jette Jon Bunch, Jill Berman, Jo Hoffman, John & Joanne Wejak, John S. Barney, John S. Brasino, John S. & Katie M. Milne, Joseph W. McNamee, Judy Meleliat, Karl Sandborg, Kevin Daviscourt, Kristen Jarvis, Kristin Griffith, Kurt Daviscourt, Larry Berman, Lee Jr. Family Trust, Leif Youngberg, Leonard Dietrich, Loni L. Gray Living Trust, Lori Elliot, Lory

<table>
<tr><td>FIRST AMENDED COMPLAINT AND JURY DEMAND - 10</td><td>FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700</td></tr>
</table>

51285722.2

Lybeck, M. Eugene Miller, Manuel Rivelo Living Trust, Marc Lagen, Margo Lagen, Marika Pineda, Mark Shapiro, Martin E. McQuaid, Mary L. Davis, Mary Moore, Mary Reilly Jensen, Matthew J. & Wendy C. Costello, Michael & Tonya Venneberg, Michael Nesland, Morris & Anita Hendrickson, Neal Baum, Nick J. & Stacie L. Beck Living Trust, Pasner Family Trust, Patricia Blumenthal, Patricia J. McNamee, Patricia Peterson, Patricia Robinson, Peter Boleneus, Peter Jarvis IRA, Ray Frederick, Ray Hebert, Richard & Marjorie Sampson, Richard Brashen, Rick Braumoeller, Rob Chandler, Robert & Mary Montgomery, Robert Montgomery IRA, Robert Fairbairn, Robert Friedman, Robert Stack, Rothschild Revocable Living Trust, Ron Neubauer, Ronald C. Norris and Linda S. Talley, Russ Humphrey, S. Bruce and Edith B. Tobin, Sam T. & Virginia Howard, Sandra Dunn, Santos & Lidia Argueta, Shane McTaggart, Sharon Warsinske, Shirley Peterson, Stanley M. Graves IRA, Stanley Zimmer, Steven & Carrie Yates, Steven Sasaki, Stuart Hagen, Susan Gilleland, Susan-Claire Anderson Reid, Suzanne C. Johnson, Talking Dreams Stable, TATS of WA, Inc., defined Pension Plan, Theodore Owen Gates, Timothy L. Sutherland Living Trust, Todd Mueller, Victoria Littleman, William John Bloudek, Jr., William G. Garrett, Adeline Shannon, Al Chandler, Alan C. Stewart/Stewart Family Recov., Alan D. Cornell, Alan F. Roberts IRA, Alan G. Willett/Al Willett, Albert A. James Living Trust, Albert W. Emonds, Alberta J. Fahlsing, Alden M. Garrett, Alexander Children LLC, Alice Johnson Exemption Trust, Alice Wraith, Allen & Millicent Day, Anderson Family Revocable Living Trust, Andrew L. Orton IRA, Andrew L. & Mary Lee Orton, Anita Hendrickson, Ann Morris & James Sobieck, Annette Lave Ostergaard, Anthony & Julie Panagiotu, Anthony Brian Davenport, Anthony J. Robins, Anthony Tamaccio & Chi Lay Bahn, Antonietta

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 11 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
| --- | --- |

51285722.2

Galotola, Arlen Prentice, Arthel Burklund, Atsuko Klein, Barbara & Pat Carey, Barbara A. Smith, Barbara Burns, Beth P. Carver-Kennel, Big E Construction, Bob Pappas, Bocek Family LP II, Brian P. Mulligan, Brian Pearson IRA/Viking, Brian Yates, Bruce Guenzler & Mary Heidt, C. Eric Gulotta, Camelia J. Dobrick, Caren L. Toney, Carl & Karen Elliott, Carl Scott East, Carlos Herrera, Carole Maddock, Carolyn Gaylord, Carsten & Elizabeth Henningsen, Catherin Maxwell, Celia Herrera, Chad Reed, Charles Albright, Charles E. Jenks, Charles Flynn, Charles L. LeFevre/Viking Retirement, Charles R. Knight, Chris Prentice, Chris Seeley, Christianson Living Trust, Christina Koons, Christopher Kane Rollover IRA, Clauson Family Trust, Clifford ("Cliff") & Marie Hackney, Clifford N. Harby, Constance Weiss, Cornerstone Alternative Fixed Income Fund LP, Craig & Darla Brand, Craig A. Norsen IRA, Craig Bruya, Craig R. Edwards, Craig Tall, CRER Capital Holdings LLC, Crista Ministries, Crista Ministries Operating Acct, Crista Ministries/ASAR Endowment, Crista Ministries/CVM Endowment, Crista Ministries/SC Endowment, Crystal Mountain Founders Club, Cynthia S. Lair/Charles Schwab, Dale & Linda Miller, Dale Knelevich, Dale L. Cowles, Dan Dingfield, Dan Gatchet, Dan Rasar, Dana Taylor Davenport, Daniel Kearin, Daniel Kearin IRA, Daniel T. & Jessie G. Hayden Unitrust/Crista, Darle & Patricia Blumenthal, Darpat LLC, Darrin Erdahl, Daryl & Joyce Reoch, Dave & Karen Hobson, David & Anne Gilbert, David & Barbara Rogers, David & Sonia Alexander, David & Susan Stewart Family Trust, David A. Buecker, David A. Spencer, David Alexander, David Beitel, David C.E. Williams, David Charles Leisy, David Graybill/David Graybill IRA/Charles Schwab, David Greenheck, David J. Barenborg, David Lee Johnson, David M. Bray III, David M. Hyink, David Moseley, David N.

FIRST AMENDED COMPLAINT AND JURY DEMAND - 12

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE 206-447-4400 FAX (206) 447-9700

51285722.2

Case 12-01767-TWD    Doc 62    Filed 03/25/13    Ent. 03/25/13 16:29:15    Pg. 12 of 51

Chichester, David O'Hara, David Stempel, David Stewart/Sterling Trust Co, David W. & Kortney L. Graybill, Dawn D. Tumham, Debbie C. Acton, Deborah & Jennifer Brehm, Deborah A. Weasea, Deborah Garrett, Deborah Garrett 2002 Trust, Deborah M. Geffrard, Debra Blumberg, Dee Tour du Monde, Delmar & Jerry Burkett, Denise C. Chandler Smith, Dennis & Wilma Johnson, Dennis Claus, Dennis Iverson, Dennis Rossman, Dennis Weston IRA, Denny Shuler, Diane Katz/Viking, Diane Stielstra/Diane Stielstra & Don Fry, Donald Esfeld, Donna Whitney IRA, Donna Willett, Doris M. Katz Credit Trust, Dorothy M. Rupert, Doyl & Catherine Burkett, Drew Fletcher, Drew Thoresen, Dudley W. Johnson, E. Doris Gough Trust, Ea Lilja, Eduardo R. Garcia, Eduardo R. Garcia & Jane C. Hoerig, Edward Charles Kauffman, Edward Garth, Edward J. Alto, Edward J. O'Toole, Edward Keven Greenfield, Edward M. Hartstein, Edward R. Stanek IRA, Eldon Larson, Eleanor Karapetian, Elizabeth Dowd, Elizabeth Hampson aka Karen E. Elmer, Elizabeth Ione Newman, Elizabeth Tilbury-Marquard, Ellen J. Koutsky, Emma Sigmund Trust, Enid R. Clauson, Erik Meltzer, Estate of Margaret Thoresen, Evan Smith & Barbara Schechter, Evergreen Barbecue, F. Ross Boundy, Fairweather Lane, Floyd B. Barnes, Forrest Lee Brissey, Frances Byrne, Frank M. Mercker, Franklin B. Flowers, Fred & Marilee Slusser, Fred G. Neufeld, Fred Neufeld, Fred Wert, Frederic J. Sigmund, Frederic J. Sigmund IRA/Viking, Frederick W. Lurmann, Garrett M. Upper, Gary Galeotti IRA, Gary Galeotti Sep IRA, Gary Galeotti/Galeotti Living Trust, Gayle A. Murdock, Gene Fetters, George E. Burt IRA, George G. Toussaint, Gerald (Jerry) Hendin, Geraldine Ann King GST Trust, Gina Burrow, Glenn R. Holst, Glenn R. Holst IRA/Equity Trust, Goldie Feinberg, Gordon L. Rockhill/Gordon Rockhill IRA, Gordon Willett, Greg Whitney IRA, H. Raymond & Jina

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 13 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
| --- | --- |

51285722.2

Case 12-01767-TWD    Doc 62    Filed 03/25/13    Ent. 03/25/13 16:29:15    Pg. 13 of 51

Lankford, Haley Elizabeth McCurry, Hallie S. Maxon Trust, Hanan Berman, Harold & Jacklyn Vhugen, Harold E. Olsson IRA, Harold F. Vhugen, Harris Family Trust, Heather Moynihan, Helen M. Miller, Henry Brehm IRA, Henry H. Happel III, Henry R.E. Spouse, Herrera Environmental Consult., Hope R. Garrett, Hyun Ju Low, Irwin Gruverman, Isabelle Noiret, Jack & Linda Middlebrooks, Jack Jackson aka C. Jack Jackson, Jacklyn Vhugen, Jacqueline Pappas, James & Camelia Dobrick, James & Marianne Wilkinson, James A. Tryon, James and Lisa O'Neal, James C. Dobrick, James J. Casey, James L. & Lynne M. Addington, James L. Addington IRA, James M. Becker, James M. Marquard, James P. Newcomb, James Pechan, James R. Anderson, James R. Swanson, James Sweet, Jan Diepenheim/Jan Diepenheim/Viking, Jane C. Hoerig, Janet M. Harding, Janet Stanton IRA/Charles Schwab, Janis Ban IRA, Jann A. Curley, Jarvis Gift Trust #1/Sally B. Jarvis Family Gift Trust UA DTD 11/01/94, Jarvis Gift Trust #2/Sally B. Jarvis Family Gift Trust #2, Jeanne Carlson, Jeanne Edwards, Jeanne W. Carlson, Jeanelle Shields, Jeffrey Keck, Jeffrey L. & Denise J. Beauchamp, Jene H. Deguchi, Jenner Charitable Remainder Unitrust, Jeremey & Linda Mattox, Jerry R. Ronk IRA, Jerry T. Party, Jessica Prince, Jill A. Flynn, Jim Purdy, Jo Ann Corfman, Joan L. Johnson Living Trust,  Joanne E. Galloway Trust, Joanne Meyers IRA,  Jody M. Albright,  Joel Korotzer, John A. McLeod, John Carr,  John D. Opalka,  John Davids,  John E. Pendergast,  John F. & Marjorie A. Thatcher,  John Francis Henry Trust, John H. (Jack) & Patricia A Stahl,  John L. Backes/Charles Schwab, John L. Backes & Robin J. Roberts aka J. Backes & R. Roberts Revocable Trust, John Schneider, John Spicer, John T. Towey, John W. Warjone,  John W. Young,  John W. Young IRA/Charles Schwab,  Jon F. Nordby, Jose Carrasquero, Joseph L. Davis, Joseph

<table>
<tr><td>FIRST AMENDED COMPLAINT AND JURY<br>DEMAND - 14</td><td>FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700</td></tr>
</table>

51285722.2

Waskom, Judith A. Jance, Judith Cooper Hayden aka Judith Hadyen, Judith Hughes, Judy Bledsoe Addington Credit Trust, Judy M. Schneider, Julie Carkin, June Burghardt,  Karen Hobson IRA,  Kari J. Guddal Record aka Kari Record, Karleen K. Kennedy,  Karyn L. Kelley,  Katherine D. Schmidt,  Katherine Leigh McCurry, Katherine N. Heun, Kathleen Opler,  Kathleen T. Snyder/Charles Schwab, Kathryn R. Sigmund IRA/Viking,  Kathy & Duane Timmons,  Kathy Gerke, Kay M. Edwards, Kathy Opler, Keith Schafer, Kelley Kennedy,  Kelsey M. Edwards, Ken & Loretta Story, Ken B. Martin, Ken Story, Ken Story IRA, Kendal Martin, Kenneth & Katherine Heeter,  Kenneth Heeter/Charles Schwab, Kenneth R. Koehler, Kevin & Alia Peterson, Kevin & Kathy Daviscourt, Kevin & Kelley Kennedy, Kevin Gabelien,  Kevin Kennedy,  Kimberly Susan Sinfield Family Trust, Kourtney Lorriane Graybill IRA/Charles Schwab, Kristin A. Jamerson, Kurt C. Edinger, Kyle Edwards,  Lance Mueller, Lance Mueller & Assoc., Lance Mueller & Assoc. Profit Sharing Plan, Lance P Mueller IRA/RBC Capital Markets, Larry Culver, Larry M. Jensen, Larry Stauffer,  Laura L. Anderson, Laurie Towey, Lawrence Michael & Michael Glenn, Lee A. Smith, Lee Kraft, Leslie Garrett 2002 Trust, Linda Breiwick, Linda D. Adams, Linda G. Jeans,  Linda Griffin, Linda H. Preizler, Lloyd A. Knight Charitable Remainder Unitrust/Crista, Lois Gelman/Eric Fassler, Lola A. Yeend Growth Fund LLC & Lola A. Yeend Bond Income LLC, Loretta Kelly, Loretta Story, Loretta Story IRA, Lorin J. Anderson Trust, Lynne M. Addington IRA, Mahlon & Jeanne Nichols, Malcolm L. Edwards, Malcolm L. Edwards & Elizabeth Dowd, Malmfeldt Living Trust, Marc & Trina LaRoche, Marc LaRoche IRA, Margaret AH Siemion, Margaret Ann Ross,  Margaret Tilbury, Margey Thoresen aka M. A. Thoresen, Marilyn H. Kean, Marjorie Easley, Marjorie

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 15 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
| --- | --- |

51285722.2

J. Holstege, Mark & Barbara Roller, Mark & Joan Lombardi, Mark & Susan Blanchard, Mark B. Upson, Mark Cramer, Mark Weisman IRA, Marlee Kleca, Marlene Winter, Martin & Susan McCurrey, Martin Thomas Paul, Martyn F. Adams, Mary A. Sifferman, Mary Ann Gonzalez, Mary Ann Mackay, Mary Ann Moore, Mary B. Veal, Mary Elizabeth Kelly, Melissa Klebanoff, Meyers Investment LLC, Michael & Diane Quiriconi, Michael J. Sweeney & Cathleen M. Carr, Michael Ken Menth, Michael Krutsinger, Michael Quiriconi IRA, Michael R. Oreskovich, Michael Rasmussen, Michael Moran, Milton & Jane Barrett, Mimi Cristall/Macho Mouse, Monica H. Mackin, Monte & Nancy Szendre, Morgan G. Edwards, Muriel Van Housen Charitable Remainder Unitrust, Nathan Benedict & Steven Nyman, NCCF Support Inc/Bill Layton, Neal Sullins, Neville & Louella Dowell FLP, Norma Barnecutt, Norma Jean Spouse, Pamela B. McCabe, Patricia A. Campbell, Patricia Anne Friedland/Pat Friedland, Patricia Marie Logan, Patricia Sabin/Penny Sabin, Patrick J. Burns, Patrick Mitchell, Paul A. Nelson, Paul Fergen, Paul G. Ellingson, Paul H. Soderlund IRA, Paul M. McDermott, Paul Stutesman, Paul Walker,  Payton Smith IRA, Peter & Sandra Jouflas, Peter G. Alder, Peter Garrett, Peter Langmaid/Elizabeth Langmaid UGMA/Jessica Langmaid UGMA/Peter Langmaid  & Audrey Shiffman, Peter Sutherland, Phil & Anita Rockefeller, Phillip & Susan Parise, Philip Stielstra, Pieter & Claire Van Wingerden, Poul & Joann Hansen Living Trust, Ralph B. Walker, Ralph R. Zeck DDS MS PS, Ray Bowen, Raymond Klein, RDV Racing LLC, Richard & Hope Stroble, Richard & Linda Korver, Richard & Susan Warsinke, Richard A. Snyder/Charles Schwab, Richard B. King Exempt Trust, Richard D. Padrick, Richard Izmer Revocable Living Trust, Richard Lawrence Johnson, Richard Machin, Richard Michael Creighton IRA, Richard R. Radloff,

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 16 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
|---|---|

Richard Ress, Richard S. Munsen Jr IRA, Richard W. Campbell, Richard W. Johnson IRA/Sterling Trust, Richard W. Johnson Living Trust, Rick & Betsy Ellingson/Rick & Mary Ellingson, Rita Pampanin, Robert & Catherine Ferguson, Robert & Carol Grant, Robert & Karyn L. Kelley, Robert & Lyndi Taylor, Robert Bashor, Robert Bernardo, Robert C. Abbe, Robert C. Wallace, Robert Dennis & Peggy Jean Turner Charitable Unitrust/Crista, Robert E. Miller, Robert F. & Cynthia M. Mokos, Robert G. Noftsger IRA/Viking, Robert G. Noftsger Roth/Viking, Robert J. & Katherine Heun Trust, Robert J. & Nancy Hutnik, Robert J. Gerke, Robert J. Heun, Robert J. Hutnik, Robert J. Stanton Trust FBO James L. Stanton, Robert Jeans, Robert L. Cooper Family LLC, Robert L. Hoffman, Robert Murray Darling/R. Murray Darling, Robert Noftsger, Robert O. Edwards Trust, Robert P. & Catherine A. Betz, Robert Sours, Robert Staudacher, Robert Tauscher, Robert Taylor IRA, Robert Wroblewski, Robin J. Knepper Living Trust, Robin Knepper GST Non Exempt QTIP, Rodney B. Smith & Ellen B. McCown, Roger K. Hammers IRA & Roth, Roger L. Winter, Roland & Margaret Ross, Roland J. Ross IRA, Ron Buzard, Ronand Norris/Ronand Norris & Linda Talley, Ronald & Deborah Parker, Ronald J. Kiracofe, Roy & Kathleen Whitman, Roy A. Slack MD, Ruhl Family Trust/K. Michael Ruhl, Ryan Andrew McCurry, Sam & Virginia Howard, Samuel Selinger IRA, Sandra Alto, Sara L. Schmitt, Sarah Johnson Armstrong, Scott D. Murdock, Scott Jennings, Scott Silver, Seidner Investments LLC, Sharon Lynne Davidoff, Sheila K. Striegl, Shelley Smith, Sherri Zom IRA, Sherrie Wilson, Shirley Iverson, Sonia Fradkin, Stanek Family Trust, Stanley B. Eastberg, Stephanie Erdahl, Stephen P. Walker III, Stephen Prentice, Stephen R. Jepson, Stephen W. Radons, Steven & Evelyn Chestnut, Steven Ban, Steven P. Wisner, Susan A. Stewart/Sterling Trust Co, Susan

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 17 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
|---|---|

51285722.2

Ann V. Bray, Susan Melodia, Susan Stanek Winget Sep IRA, Suzanne Kotz, Suzanne Roberts IRA, Tacor Properties LLC, Terry & Rita Deschenes, Terry Collier, Theodore & Nancy Preg, Thomas & Cathy Friedland, Thomas B. Keefer, Thomas C. Green IRA/Charles Schwab, Thomas C. Green MD IRA/Charles Schwab, Thomas E. & LouAnn Rypka, Thomas F. Topel, Thomas F. Topel IRA/Charles Schwab, Thomas McGreevy, Thomas O. Orvald, Thomas W. & Cheryl L. Merriman, Thomas W. Friedland, Thomas W. Roberts, Timothy Higgins, TJI II LLC, Todd D. Silver, Tom Nickels, Tryg Winquist, Uri Silberstein, Vicki L. Brakke, Virginia Gabelein, Vivian Wheeler, Walter &. Denise Smith, Warren (Terry) & Shari Hill, Wilbur Schick, Wilkinson Charitable Unitrust, William & Wenche Riva, William E. Whitaker, William Elmer IRA/Kibble Prentice, William F. Amman, William Fahlsing, William Gaylord, William H. Martin, William Larson, William P. Wolfe, Yates Family LLC, Yates Family LP, Yoko Murao, Zhanbing Wu, and, Zimmerman Trust/Miriam A. Zimmerman Living Trust allege as follows:

## I. <u>NATURE OF THE ADVERSARY PROCEEDING</u>

1.1     This case relates to the substantial assistance and encouragement Defendant The Commerce Bank of Washington, N.A. ("Commerce" or "Defendant"), gave Frederick Darren Berg ("Berg") in the fraud he perpetrated on investors in connection with numerous investment funds sharing the "Meridian" brand name (the "Meridian Funds" or the "Funds," as further defined below in paragraph 2.1). Through the Meridian Funds, Berg defrauded his investors out of $150+ million dollars, while also violating his fiduciary duties to the investors in the Funds. Plaintiffs here are the Trustee of the Liquidating Trust created as part of the consolidated bankruptcy of the Meridian Funds, and investors in the Meridian Funds.

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 18 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
|---|---|

51285722.2

1.2    At a minimum, Berg owed a fiduciary duty to investors because Berg was the custodian of custodial accounts at Commerce for each of the Funds, the beneficiaries of which were investors in the Funds.  Berg breached his fiduciary duties by, among other things, (a) commingling money in his personal accounts with Fund money and using Fund money to pay personal expenses and finance his lavish lifestyle; (b) commingling Fund money with money of Berg's bus companies and using Fund money to pay expenses for his bus companies; and (c) commingling monies between the various Meridian Funds.

1.3    Berg further defrauded investors by, among other things, representing to investors that investments[2] in the Funds would be and were being used for the sole purpose of investing in seller-financed real estate contracts, hard money loans, real estate, and mortgage-backed securities, when in reality, Berg was using investments in the Funds to, among other things, finance his own lavish lifestyle and pay expenses for his unrelated bus companies.  Indeed, on information and belief, Berg's sole source wealth was money misappropriated from the Meridian Funds.

1.4    From at least 2004, Commerce was a banker for the Meridian Funds, for Berg personally, or for other Berg entities such as his bus companies.  Commerce aided and abetted Berg in defrauding investors in the Funds and in breaching his fiduciary duties to investors in the Funds.

1.5    Commerce knew that Berg owed investors a fiduciary duty as the custodian of custodial accounts at the bank, and knew that Berg was breaching his fiduciary duty by, among other things, (a) commingling money in his personal accounts with Fund money, including Fund money in the custodial accounts; (b) using Fund money, including from the custodial accounts, to pay personal expenses and finance his lavish lifestyle; (c)

---

[2] The terms "investments" as used herein includes initial investments and re-investments, including re-investments in the form of continued renewals of Notes and accrual of interest payments under the Notes, or otherwise.

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 19 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
|---|---|

51285722.2

commingling Fund money, including Fund money in the custodial accounts, with money of Berg's bus companies; (d) using Fund money, including Fund money in the custodial accounts, to pay expenses for his bus companies; and (e) commingling monies between the various Meridian Funds, including commingling in the custodial accounts.

1.6     Commerce also knew that Berg represented to investors in the Funds that their monies would be used for the sole purpose of investing in seller-financed real estate contracts, hard money loans, real estate, and mortgage-backed securities. Commerce also knew that Berg was defrauding investors. Commerce knew that Berg was defrauding investors because it knew of Berg's representations to investors and also knew that Berg was not using such money for that sole purpose but was instead, among other things, (a) commingling money in his personal accounts with Fund money and using Fund money to pay personal expenses and finance his lavish lifestyle; (b) commingling Fund money with money of Berg's bus companies and using Fund money to pay expenses for his bus companies; and (c) commingling monies between the various Meridian Funds.

1.7     Commerce provided substantial assistance and/or encouragement to Berg in the achievement of his fraud and/or in his breaches of fiduciary duty. Among other things, Commerce: (a) allowed Berg to freely commingle monies between his personal accounts, Meridian Fund accounts, including custodial accounts, and accounts of Berg's bus companies; (b) allowed Berg to transfer monies from Meridian Fund accounts, including Meridian Fund custodial accounts, to his personal accounts and to finance his lavish lifestyle and pay personal debts, including debts related to his multi-million dollar Mercer Island, Washington home; (c) allowed Berg to transfer monies from Meridian Fund accounts, including Meridian Fund custodial accounts, to accounts of his bus companies and to purchase luxury buses for his bus companies; and (d) allowed Berg to transfer monies between accounts, including custodial accounts, of different Meridian Funds. In many, if

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 20 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
|---|---|

51285722.2

not most or all instances, Commerce knowingly and specifically authorized such transfers and permitted such commingling even though Commerce knew the accounts were custodial in nature.   On information and belief, Commerce even suggested at times that when Berg's personal accounts or a bus company account was overdrawn, monies from a Meridian Fund account be transferred to the overdrawn account to correct the problem.   Commerce also granted Berg preferential treatment in various ways, including but not limited to allowing consistent and out-of-the-ordinary overdraft activity, extending letters of credit on terms inconsistent with Commerce's banking policies, giving Berg letters of recommendation and/or turning a blind eye to suspicious activity within the Meridian Fund accounts.

## II. PARTIES

2.1    Non-party Frederick Darren Berg ("Berg") is a citizen of the State of Washington who at all relevant times maintained his principal office in Seattle and created and was the designated manager of a series of investment funds known as Meridian Mortgage Investor Fund I, LLC; Meridian Mortgage Investor Fund II, LLC; Meridian Mortgage Investor Fund III, LLC; Meridian Mortgage Investor Fund V, LLC; Meridian Mortgage Investor Fund VI, LLC; Meridian Mortgage Investor Fund VII, LLC; Meridian Mortgage Investor Fund VIII, LLC; Meridian Mortgage Investor Fund IX, LLC; Meridian Mortgage Investor Fund X, LLC;   Meridian Real Estate Opportunity Fund I, LLC; and Meridian Real Estate Opportunity Fund II, LLC (collectively referred to herein as "the Meridian Funds" or the "Funds"); as well as MPM Investor Services, Inc. (referred to as "MPM"), which served as agent for the Meridian Funds.   During 2010 and 2011, bankruptcy proceedings were commenced involving the Meridian Funds and MPM. Plaintiff Mark Calvert was appointed as the Chapter 11 Trustee of MPM and the Meridian Funds in these cases, which have been substantively consolidated under 10-17952

<table>
<tr><td>FIRST AMENDED COMPLAINT AND JURY DEMAND - 21</td><td>FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700</td></tr>
</table>

51285722.2

("Meridian Bankruptcy Proceeding"). Berg is presently incarcerated at Lompoc Federal Correctional Complex in central California.

2.2    The following individually named Plaintiffs invested in one or more of the Meridian Funds described herein: Aaron and Suzanne Kelly, Alex Cordas/Viking, Alison Kinder, Alvin Berman, Anne Prewett, Anne Sopher-Shapiro, Barbara Thompson, Betty Treiger, Bill & Linda Green Revocable Trust, Brian Lagen, Brenda Smith, Brett Nesland, Bruce P. and Karleen Kennedy Trust, Bruce S. & Carol L. Backer, The Estate of Bruce Watson, Bruce Zimmerman, Carl Pavelko, Carl Pavelko IRA, Carol Nelson, Carolyn Graves, Catherine Hansen, Charles Scott Harbert, Christine Buecker, Christine Whitney, Daniel Joseph Allen, David & Mary Jo Nelson, David Allen Hill, David Nelson, Dennis & Paula Heck, Diane Lauerman, Dianne M. Fisher, Donald F. Berry, Doug Whittle, Doyl Burkett, Dr. Brian A. & Ramona Sakamoto, Eric Jarvis, Eric Smith, Erik Morris, Fenton Love, Gary Stevens, Henry & Charlotte Kim, Henry Waggoner, J. Greg Zoltani, Jackie Gran, Jacqueline Ramsey, James A. North, James Claus, Jan Sobieralski & Louise McNerney, Janice Miller, Jay & Lisa Clem, Jaye Johnson, Jeffrey Lanctot, Jeffrey Richter & Kristin Trace, Jens Gran, Jette Jon Bunch, Jill Berman, Jo Hoffman, John & Joanne Wejak, John S. Barney, John S. Brasino, John S. & Katie M. Milne, Joseph W. McNamee, Judy Meleliat, Karl Sandborg, Kevin Daviscourt, Kristen Jarvis, Kristin Griffith, Kurt Daviscourt, Larry Berman, Lee Jr. Family Trust, Leif Youngberg, Leonard Dietrich, Loni L. Gray Living Trust, Lori Elliot, Lory Lybeck, M. Eugene Miller, Manuel Rivelo Living Trust, Marc Lagen, Margo Lagen, Marika Pineda, Mark Shapiro, Martin E. McQuaid, Mary L. Davis, Mary Moore, Mary Reilly Jensen, Matthew J. & Wendy C. Costello, Michael & Tonya Venneberg, Michael Nesland, Morris & Anita Hendrickson, Neal Baum, Nick J. & Stacie L. Beck Living Trust, Pasner Family Trust, Patricia Blumenthal, Patricia J. McNamee, Patricia Peterson, Patricia Robinson, Peter Boleneus, Peter Jarvis IRA, Ray

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 22 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
|---|---|

51285722.2

Frederick, Ray Hebert, Richard & Marjorie Sampson, Richard Brashen, Rick Braumoeller, Rob Chandler, Robert & Mary Montgomery, Robert Montgomery IRA, Robert Fairbairn, Robert Friedman, Robert Stack, Rothschild Revocable Living Trust, Ron Neubauer, Ronald C. Norris and Linda S. Talley, Russ Humphrey, S. Bruce and Edith B. Tobin, Sam T. & Virginia Howard, Sandra Dunn, Santos & Lidia Argueta, Shane McTaggart, Sharon Warsinske, Shirley Peterson, Stanley M. Graves IRA, Stanley Zimmer, Steven & Carrie Yates, Steven Sasaki, Stuart Hagen, Susan Gilleland, Susan-Claire Anderson Reid, Suzanne C. Johnson, Talking Dreams Stable, TATS of WA, Inc., defined Pension Plan, Theodore Owen Gates, Timothy L. Sutherland Living Trust, Todd Mueller, Victoria Littleman, William John Bloudek, Jr., William G. Garrett, Adeline Shannon, Al Chandler, Alan C. Stewart/Stewart Family Recov., Alan D. Cornell, Alan F. Roberts IRA, Alan G. Willett/Al Willett, Albert A. James Living Trust, Albert W. Emonds, Alberta J. Fahlsing, Alden M. Garrett, Alexander Children LLC, Alice Johnson Exemption Trust, Alice Wraith, Allen & Millicent Day, Anderson Family Revocable Living Trust, Andrew L. Orton IRA, Andrew L. & Mary Lee Orton, Anita Hendrickson, Ann Morris & James Sobieck, Annette Lave Ostergaard, Anthony & Julie Panagiotu, Anthony Brian Davenport, Anthony J. Robins, Anthony Tamaccio & Chi Lay Bahn, Antonietta Galotola, Arlen Prentice, Arthel Burklund, Atsuko Klein, Barbara & Pat Carey, Barbara A. Smith, Barbara Burns, Beth P. Carver-Kennel, Big E Construction, Bob Pappas, Bocek Family LP II, Brian P. Mulligan, Brian Pearson IRA/Viking, Brian Yates, Bruce Guenzler & Mary Heidt, C. Eric Gulotta, Camelia J. Dobrick, Caren L. Toney, Carl & Karen Elliott, Carl Scott East, Carlos Herrera, Carole Maddock, Carolyn Gaylord, Carsten & Elizabeth Henningsen, Catherin Maxwell, Celia Herrera, Chad Reed, Charles Albright, Charles E. Jenks, Charles Flynn, Charles L. LeFevre/Viking Retirement, Charles R. Knight, Chris Prentice, Chris Seeley, Christianson Living Trust, Christina Koons, Christopher Kane Rollover IRA, Clauson Family Trust,

<table>
<tr><td>FIRST AMENDED COMPLAINT AND JURY<br>DEMAND - 23</td><td>FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700</td></tr>
</table>

51285722.2

Clifford ("Cliff") & Marie Hackney, Clifford N. Harby, Constance Weiss, Cornerstone Alternative Fixed Income Fund LP, Craig & Darla Brand, Craig A. Norsen IRA, Craig Bruya, Craig R. Edwards, Craig Tall, CRER Capital Holdings LLC, Crista Ministries, Crista Ministries Operating Acct, Crista Ministries/ASAR Endowment, Crista Ministries/CVM Endowment, Crista Ministries/SC Endowment, Crystal Mountain Founders Club, Cynthia S. Lair/Charles Schwab, Dale & Linda Miller, Dale Knelevich, Dale L. Cowles, Dan Dingfield, Dan Gatchet, Dan Rasar, Dana Taylor Davenport, Daniel Kearin, Daniel Kearin IRA, Daniel T. & Jessie G. Hayden Unitrust/Crista, Darle & Patricia Blumenthal, Darpat LLC, Darrin Erdahl, Daryl & Joyce Reoch, Dave & Karen Hobson, David & Anne Gilbert, David & Barbara Rogers, David & Sonia Alexander, David & Susan Stewart Family Trust, David A. Buecker, David A. Spencer, David Alexander, David Beitel, David C.E. Williams, David Charles Leisy, David Graybill/David Graybill IRA/Charles Schwab, David Greenheck, David J. Barenborg, David Lee Johnson, David M. Bray III, David M. Hyink, David Moseley, David N. Chichester, David O'Hara, David Stempel, David Stewart/Sterling Trust Co, David W. & Kortney L. Graybill, Dawn D. Tumham, Debbie C. Acton, Deborah & Jennifer Brehm, Deborah A. Weasea, Deborah Garrett, Deborah Garrett 2002 Trust, Deborah M. Geffrard, Debra Blumberg, Dee Tour du Monde, Delmar & Jerry Burkett, Denise C. Chandler Smith, Dennis & Wilma Johnson, Dennis Claus, Dennis Iverson, Dennis Rossman, Dennis Weston IRA, Denny Shuler, Diane Katz/Viking, Diane Stielstra/Diane Stielstra & Don Fry, Donald Esfeld, Donna Whitney IRA, Donna Willett, Doris M. Katz Credit Trust, Dorothy M. Rupert, Doyl & Catherine Burkett, Drew Fletcher, Drew Thoresen, Dudley W. Johnson, E. Doris Gough Trust, Ea Lilja, Eduardo R. Garcia, Eduardo R. Garcia & Jane C. Hoerig, Edward Charles Kauffman, Edward Garth, Edward J. Alto, Edward J. O'Toole, Edward Keven Greenfield, Edward M. Hartstein, Edward R. Stanek IRA, Eldon Larson, Eleanor Karapetian, Elizabeth Dowd, Elizabeth Hampson aka

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 24 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
|---|---|

51285722.2

Karen E. Elmer, Elizabeth Ione Newman, Elizabeth Tilbury-Marquard, Ellen J. Koutsky, Emma Sigmund Trust, Enid R. Clauson, Erik Meltzer, Estate of Margaret Thoresen, Evan Smith & Barbara Schechter, Evergreen Barbeque, F. Ross Boundy, Fairweather Lane, Floyd B. Barnes, Forrest Lee Brissey, Frances Byrne, Frank M. Mercker, Franklin B. Flowers, Fred & Marilee Slusser, Fred G. Neufeld, Fred Neufeld, Fred Wert, Frederic J. Sigmund, Frederic J. Sigmund IRA/Viking, Frederick W. Lurmann, Garrett M. Upper, Gary Galeotti IRA, Gary Galeotti Sep IRA, Gary Galeotti/Galeotti Living Trust, Gayle A. Murdock, Gene Fetters, George E. Burt IRA, George G. Toussaint, Gerald (Jerry) Hendin, Geraldine Ann King GST Trust, Gina Burrow, Glenn R. Holst, Glenn R. Holst IRA/Equity Trust, Goldie Feinberg, Gordon L. Rockhill/Gordon Rockhill IRA, Gordon Willett, Greg Whitney IRA, H. Raymond & Jina Lankford, Haley Elizabeth McCurry, Hallie S. Maxon Trust, Hanan Berman, Harold & Jacklyn Vhugen, Harold E. Olsson IRA, Harold F. Vhugen, Harris Family Trust, Heather Moynihan, Helen M. Miller, Henry Brehm IRA, Henry H. Happel III, Henry R.E. Spouse, Herrera Environmental Consult., Hope R. Garrett, Hyun Ju Low, Irwin Gruverman, Isabelle Noiret, Jack & Linda Middlebrooks, Jack Jackson aka C. Jack Jackson, Jacklyn Vhugen, Jacqueline Pappas, James & Camelia Dobrick, James & Marianne Wilkinson, James A. Tryon, James and Lisa O'Neal, James C. Dobrick, James J. Casey, James L. & Lynne M. Addington, James L. Addington IRA, James M. Becker, James M. Marquard, James P. Newcomb, James Pechan, James R. Anderson, James R. Swanson, James Sweet, Jan Diepenheim/Jan Diepenheim/Viking, Jane C. Hoerig, Janet M. Harding, Janet Stanton IRA/Charles Schwab, Janis Ban IRA, Jann A. Curley, Jarvis Gift Trust #1/Sally B. Jarvis Family Gift Trust UA DTD 11/01/94, Jarvis Gift Trust #2/Sally B. Jarvis Family Gift Trust #2, Jeanne Carlson, Jeanne Edwards, Jeanne W. Carlson, Jeanelle Shields, Jeffrey Keck, Jeffrey L. & Denise J. Beauchamp, Jene H. Deguchi, Jenner Charitable Remainder Unitrust, Jeremey & Linda Mattox, Jerry R. Ronk IRA, Jerry T. Party, Jessica

FIRST AMENDED COMPLAINT AND JURY
DEMAND - 25

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE 206-447-4400 FAX (206) 447-9700

51285722.2

Prince, Jill A. Flynn, Jim Purdy, Jo Ann Corfman, Joan L. Johnson Living Trust, Joanne E.

Galloway Trust, Joanne Meyers IRA, Jody M. Albright, Joel Korotzer, John A. McLeod,

John Carr, John D. Opalka, John Davids, John E. Pendergast, John F. & Marjorie A.

Thatcher, John Francis Henry Trust, John H. (Jack) & Patricia A Stahl, John L.

Backes/Charles Schwab, John L. Backes & Robin J. Roberts aka J. Backes & R. Roberts

Revocable Trust, John Schneider, John Spicer, John T. Towey, John W. Warjone, John W.

Young, John W. Young IRA/Charles Schwab, Jon F. Nordby, Jose Carrasquero, Joseph L.

Davis, Joseph Waskom, Judith A. Jance, Judith Cooper Hayden aka Judith Hadyen, Judith

Hughes, Judy Bledsoe Addington Credit Trust, Judy M. Schneider, Julie Carkin, June

Burghardt, Karen Hobson IRA, Kari J. Guddal Record aka Kari Record, Karleen K.

Kennedy, Karyn L. Kelley, Katherine D. Schmidt, Katherine Leigh McCurry, Katherine

N. Heun, Kathleen Opler, Kathleen T. Snyder/Charles Schwab, Kathryn R. Sigmund

IRA/Viking, Kathy & Duane Timmons, Kathy Gerke, Kay M. Edwards, Kathy Opler,

Keith Schafer, Kelley Kennedy, Kelsey M. Edwards, Ken & Loretta Story, Ken B. Martin,

Ken Story, Ken Story IRA, Kendal Martin, Kenneth & Katherine Heeter, Kenneth

Heeter/Charles Schwab, Kenneth R. Koehler, Kevin & Alia Peterson, Kevin & Kathy

Daviscourt, Kevin & Kelley Kennedy, Kevin Gabelien, Kevin Kennedy, Kimberly Susan

Sinfield Family Trust, Kourtney Lorriane Graybill IRA/Charles Schwab, Kristin A.

Jamerson, Kurt C. Edinger, Kyle Edwards, Lance Mueller, Lance Mueller & Assoc., Lance

Mueller & Assoc. Profit Sharing Plan, Lance P Mueller IRA/RBC Capital Markets, Larry

Culver, Larry M. Jensen, Larry Stauffer, Laura L. Anderson, Laurie Towey, Lawrence

Michael & Michael Glenn, Lee A. Smith, Lee Kraft, Leslie Garrett 2002 Trust, Linda

Breiwick, Linda D. Adams, Linda G. Jeans, Linda Griffin, Linda H. Preizler, Lloyd A.

Knight Charitable Remainder Unitrust/Crista, Lois Gelman/Eric Fassler, Lola A. Yeend

Growth Fund LLC & Lola A. Yeend Bond Income LLC, Loretta Kelly, Loretta Story,

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 26 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
|---|---|

51285722.2

Loretta Story IRA, Lorin J. Anderson Trust, Lynne M. Addington IRA, Mahlon & Jeanne Nichols, Malcolm L. Edwards, Malcolm L. Edwards & Elizabeth Dowd, Malmfeldt Living Trust, Marc & Trina LaRoche, Marc LaRoche IRA, Margaret AH Siemion, Margaret Ann Ross,  Margaret Tilbury, Margey Thoresen aka M. A. Thoresen, Marilyn H. Kean, Marjorie Easley, Marjorie J. Holstege, Mark & Barbara Roller, Mark & Joan Lombardi, Mark & Susan Blanchard, Mark B. Upson, Mark Cramer, Mark Weisman IRA, Marlee Kleca, Marlene Winter, Martin & Susan McCurrey, Martin Thomas Paul, Martyn F. Adams, Mary A. Sifferman, Mary Ann Gonzalez, Mary Ann Mackay, Mary Ann Moore, Mary B. Veal, Mary Elizabeth Kelly, Melissa Klebanoff, Meyers Investment LLC, Michael & Diane Quiriconi, Michael J. Sweeney & Cathleen M. Carr, Michael Ken Menth, Michael Krutsinger, Michael Quiriconi IRA, Michael R. Oreskovich, Michael Rasmussen, Michael Moran, Milton & Jane Barrett, Mimi Cristall/Macho Mouse, Monica H. Mackin, Monte & Nancy Szendre, Morgan G. Edwards, Muriel Van Housen Charitable Remainder Unitrust, Nathan Benedict & Steven Nyman, NCCF Support Inc/Bill Layton, Neal Sullins, Neville & Louella Dowell FLP, Norma Barnecutt, Norma Jean Spouse, Pamela B. McCabe, Patricia A. Campbell, Patricia Anne Friedland/Pat Friedland, Patricia Marie Logan, Patricia Sabin/Penny Sabin, Patrick J. Burns, Patrick Mitchell, Paul A. Nelson, Paul Fergen, Paul G. Ellingson, Paul H. Soderlund IRA, Paul M. McDermott, Paul Stutesman, Paul Walker, Payton Smith IRA, Peter & Sandra Jouflas, Peter G. Alder, Peter Garrett, Peter Langmaid/Elizabeth Langmaid UGMA/Jessica Langmaid UGMA/Peter Langmaid  & Audrey Shiffman, Peter Sutherland,  Phil & Anita Rockefeller, Phillip & Susan Parise, Philip Stielstra, Pieter & Claire Van Wingerden, Poul & Joann Hansen Living Trust, Ralph B. Walker, Ralph R. Zeck DDS MS PS, Ray Bowen, Raymond Klein, RDV Racing LLC, Richard & Hope Stroble, Richard & Linda Korver, Richard & Susan Warsinke, Richard A. Snyder/Charles Schwab, Richard B. King Exempt Trust, Richard D. Padrick, Richard Izmer

FIRST AMENDED COMPLAINT AND JURY DEMAND - 27

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE 206-447-4400 FAX (206) 447-9700

51285722.2

Case 12-01767-TWD    Doc 62    Filed 03/25/13    Ent. 03/25/13 16:29:15    Pg. 27 of 51

Revocable Living Trust, Richard Lawrence Johnson, Richard Machin, Richard Michael Creighton IRA, Richard R. Radloff, Richard Ress, Richard S. Munsen Jr IRA, Richard W. Campbell, Richard W. Johnson IRA/Sterling Trust, Richard W. Johnson Living Trust, Rick & Betsy Ellingson/Rick & Mary Ellingson, Rita Pampanin, Robert & Catherine Ferguson, Robert & Carol Grant, Robert & Karyn L. Kelley, Robert & Lyndi Taylor, Robert Bashor, Robert Bernardo, Robert C. Abbe, Robert C. Wallace, Robert Dennis & Peggy Jean Turner Charitable Unitrust/Crista, Robert E. Miller, Robert F. & Cynthia M. Mokos, Robert G. Noftsger IRA/Viking, Robert G. Noftsger Roth/Viking, Robert J. & Katherine Heun Trust, Robert J. & Nancy Hutnik, Robert J. Gerke, Robert J. Heun, Robert J. Hutnik, Robert J. Stanton Trust FBO James L. Stanton, Robert Jeans, Robert L. Cooper Family LLC, Robert L. Hoffman, Robert Murray Darling/R. Murray Darling, Robert Noftsger, Robert O. Edwards Trust, Robert P. & Catherine A. Betz, Robert Sours, Robert Staudacher, Robert Tauscher, Robert Taylor IRA, Robert Wroblewski, Robin J. Knepper Living Trust, Robin Knepper GST Non Exempt QTIP, Rodney B. Smith & Ellen B. McCown, Roger K. Hammers IRA & Roth, Roger L. Winter, Roland & Margaret Ross, Roland J. Ross IRA, Ron Buzard, Ronand Norris/Ronand Norris & Linda Talley, Ronald & Deborah Parker, Ronald J. Kiracofe, Roy & Kathleen Whitman, Roy A. Slack MD, Ruhl Family Trust/K. Michael Ruhl, Ryan Andrew McCurry, Sam & Virginia Howard, Samuel Selinger IRA, Sandra Alto, Sara L. Schmitt, Sarah Johnson Armstrong, Scott D. Murdock, Scott Jennings, Scott Silver, Seidner Investments LLC, Sharon Lynne Davidoff, Sheila K. Striegl, Shelley Smith, Sherri Zom IRA, Sherrie Wilson, Shirley Iverson, Sonia Fradkin, Stanek Family Trust, Stanley B. Eastberg, Stephanie Erdahl, Stephen P. Walker III, Stephen Prentice, Stephen R. Jepson, Stephen W. Radons, Steven & Evelyn Chestnut, Steven Ban, Steven P. Wisner, Susan A. Stewart/Sterling Trust Co, Susan Ann V. Bray, Susan Melodia, Susan Stanek Winget Sep IRA, Suzanne Kotz, Suzanne Roberts IRA, Tacor Properties LLC, Terry

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 28 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
| --- | --- |

51285722.2

& Rita Deschenes, Terry Collier, Theodore & Nancy Preg, Thomas & Cathy Friedland, Thomas B. Keefer, Thomas C. Green IRA/Charles Schwab, Thomas C. Green MD IRA/Charles Schwab, Thomas E. & LouAnn Rypka, Thomas F. Topel, Thomas F. Topel IRA/Charles Schwab, Thomas McGreevy, Thomas O. Orvald, Thomas W. & Cheryl L. Merriman, Thomas W. Friedland, Thomas W. Roberts, Timothy Higgins, TJI II LLC, Todd D. Silver, Tom Nickels, Tryg Winquist, Uri Silberstein, Vicki L. Brakke, Virginia Gabelein, Vivian Wheeler, Walter &. Denise Smith, Warren (Terry) & Shari Hill, Wilbur Schick, Wilkinson Charitable Unitrust, William & Wenche Riva, William E. Whitaker, William Elmer IRA/Kibble Prentice, William F. Amman, William Fahlsing, William Gaylord, William H. Martin, William Larson, William P. Wolfe, Yates Family LLC, Yates Family LP, Yoko Murao, Zhanbing Wu, and, Zimmerman Trust/Miriam A. Zimmerman Living Trust (collectively "Investors"). Further information regarding deposits of these individual Plaintiff investors into the Meridian Funds is included within Exhibit A hereto.

2.3    On or about April 29, 2011, the "Chapter 11 Trustee's and Official Consolidated Investors' Committee's Joint Plan of Liquidation for Substantively Consolidated Debtors" (hereinafter "the Liquidation Plan") was proposed and submitted to this Court. The Liquidation Plan provided for the creation of a Liquidating Trust and the appointment of Plaintiff Mark Calvert as the Liquidating Trustee. The Liquidation Plan also provided that the claims of any person who made a loan to or investment in the Meridian Funds (hereinafter "the Individual Investors"), upon electing to accept the Liquidation Plan and participate in its benefits, transferred to the Liquidating Trust certain causes of action held by the Investors individually arising from various matters regarding MPM and the Meridian Funds, including but not limited to any causes of action against persons that entered into transactions with MPM and the Meridian Funds and persons that provided services to them, including their bankers and financial advisors (*i.e.*, including Commerce).

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 29 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
| --- | --- |

51285722.2

2.4    The Liquidating Trust further provides that, among other things, the Liquidating Trustee has the rights, powers, and privileges to act on behalf of the Liquidating Trust, including but not limited to exercising the right to file and prosecute all causes of action held by the Individual Investors arising from any matter regarding MPM and the Meridian Funds and transferred to the Liquidating Trust.

2.5    Investors elected to accept the Liquidation Plan, establishing the Liquidating Trust and assigning certain causes of action held by the Investors individually arising from various matters regarding the MPM and the Meridian Funds.

2.6    On or about June 21, 2011, this Court issued an "Order Confirming Chapter 11 Trustee's and Official Consolidated Investors' Committee's Joint Plan of Liquidation" ("the Confirmation Order").    The Confirmation Order confirmed and approved the Liquidation Plan in its entirety, approved of the creation of the Liquidating Trust and approved the appointment of Plaintiff Mark Calvert as the Liquidating Trustee.

2.7    Plaintiff Mark Calvert, a resident of the State of Washington, as Liquidating Trustee, and based on the Liquidation Plan, Liquidating Trust and Confirmation Order, brings the causes of action set forth herein on behalf of the Liquidating Trust insofar as the Liquidating Trust is the recipient of the causes of action assigned to it by the Investors.

2.8    The term "Plaintiffs," as used in this Complaint, shall refer collectively to the Liquidating Trustee and parties described in paragraph 2.2 above.

2.9    On information and belief, Defendant The Commerce Bank of Washington, N.A., is a federally charted commercial bank headquartered in Seattle, Washington.    On information and belief, and at all material times, Defendant was required to comply with the Bank Secrecy Act, 31 U.S.C. § 5311 *et seq.*, which requires financial institutions to implement programs designed to detect and report suspicious activity that might indicate financial crimes, as well as other federal and state banking laws and regulations.

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 30 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
| --- | --- |

51285722.2

### III. JURISDICTION

3.1     This Court has jurisdiction under 28 U.S.C. §§ 157 and 1334(b) over the subject matter of this proceeding because the claims asserted herein arise in or are related to a case pending under the Bankruptcy Code in this Court, and, based on the Liquidation Plan, Liquidating Trust and Confirmation Order.

3.2     On information and belief, Defendant is subject to the jurisdiction of this Court by virtue of its contacts with Plaintiffs within the United States and in the State of Washington.

3.3     Regardless of whether this is a core or non-core proceeding, Plaintiffs consent to the entry of final orders and judgment by this Court.  Defendant is notified that Rule 7008(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") requires Defendant to plead whether this proceeding is core or noncore and, if non-core, whether consent is given to the entry of final orders and judgment by this Court.

3.4     Pursuant to 28 U.S.C. § 1409(a), venue of this adversary proceeding in this Court is proper because the Consolidated Meridian Funds' bankruptcy case is pending in this district.  Moreover, the Liquidation Plan and Confirmation Order establish that venue is appropriate before this Court.

### IV. STANDING TO PURSUE CLAIMS

4.1     The Liquidating Trustee has standing to pursue the claims set forth in this Complaint on behalf of Investors to the extent any such claims can be assigned, transferred or vested in the Liquidating Trust.

4.2     Investors have standing to pursue the claims set forth in this Complaint on behalf of themselves to the extent any such claims cannot be assigned, transferred or vested in the Liquidating Trust.

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 31 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
|---|---|

51285722.2

## V. **FACTUAL BACKGROUND COMMON TO ALL COUNTS**

5.1     On information and belief, from 2001-2010, Berg created and operated the Meridian Funds.  Through the Meridian Funds, Berg offered and sold promissory notes ("Notes") to investors.  Berg represented to investors that investor funds would be used for the sole purpose of investing in seller-financed real estate contracts, hard money loans, real estate, and mortgage-backed securities.  Berg further represented to investors that payments to investors in the Meridian Funds would be made from the cash flows generated by borrower payments and profits generated through the sale of properties purchased by the Funds.  In reality, however, Berg was diverting investor money away from the Meridian Funds and using the money for his private purposes and personal enrichment, including financing his lavish lifestyle and his unrelated bus companies.  Berg was also making payments to investors from newly invested funds.  In other words, Berg was running a Ponzi scheme and like all Ponzi schemes, Berg's eventually collapsed.

5.2     Berg held the following ownership interests in the Meridian Funds:

      5.2.1    a 75% interest in Meridian Mortgage Investor Fund I, II, and III;

      5.2.2    a 100% interest in Meridian Mortgage Investor Fund V, VI, VII, VIII, IX, and X; and

      5.2.3    a 100% interest in Meridian Real Estate Opportunity Fund I and II.

5.3     Berg was the designated Manager and the only sitting board member of each of the Meridian Funds.  In addition, Berg was the sole owner of MPM.  (MPM was formerly known as PR Investor Services and was acquired by Berg in 2007 and thereafter renamed MPM.)  MPM acted as an agent for the Meridian Funds and was responsible for managing the Meridian Funds' asset acquisitions, underwriting, closings and servicing. As Manager and sole director of the Meridian Funds and the sole owner of MPM, Berg dominated and controlled each entity individually and dominated and controlled all of the entities

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 32 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
| --- | --- |

51285722.2

collectively. Berg was personally and intimately involved in the management of and actions taken by the Meridian Funds and MPM such that the actions taken by the Meridian Funds and MPM were in truth the actions of Berg. On information and belief, Commerce knew all of these facts.

5.4     Berg solicited Plaintiffs to invest in the Meridian Funds and thereafter accepted investment funds from them while representing that their investment funds would be invested in seller-financed real estate contracts, hard money loans, real estate, and mortgage-backed securities. By making investments in the Meridian Funds, Plaintiffs placed trust and confidence in Berg, and reasonably relied on his trustworthiness, judgment and representations that he would invest the money in seller-financed real estate contracts, hard money loans, real estate, and mortgage-backed securities. On information and belief, Berg, the Meridian Funds, MPM and other Berg-related entities were clients of Commerce. At least one Commerce Bank employee publically referred to Meridian as a "valued client." Berg had opened and maintained accounts in the name of the Meridian Funds and MPM at Commerce since at least 2004, and Commerce had pursued Berg's business dating back to 2001. Millions of dollars belonging to investors, including Plaintiffs, flowed and were deposited into accounts of the Meridian Funds at Commerce.

5.5     Commerce knew the Meridian Funds were investment funds, knew that investors' monies were deposited into Fund accounts at Commerce, knew the monies in Fund accounts did not belong to Berg personally, and knew that Berg's relationship with the investors was that of a fiduciary.

5.6     On information and belief, for each of the Meridian Funds, two accounts were maintained at Commerce: (a) a custodial account, and (b) an operating account. A custodial account is an account that is established for the benefit of a person or persons (the "beneficiaries"), but operated by another person (the "custodian").

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 33 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
|---|---|

51285722.2

5.7    The investors, including the Plaintiffs here, were the beneficiaries of the various Funds' custodial accounts, and Berg was the custodian of the custodial accounts. By virtue of his status as the custodian of the custodial accounts, Berg owed the investors a fiduciary duty.  The fiduciary duty resulting from Berg's status as the custodian of the custodial accounts is separate and distinct from the fiduciary duty arising by virtue of Berg being an investment manager for the Funds and by the trust and confidence Plaintiffs placed in Berg.  Even if Berg did not owe the investors a fiduciary duty by virtue of Berg being an investment manager for the Funds and by the trust and confidence Plaintiffs placed in Berg, he nonetheless still owed investors a fiduciary duty as the custodian of the custodial accounts of which they were beneficiaries.

5.8    The fiduciary duty Berg owed as the custodian of the custodial accounts was one of the highest degree of good faith, care, loyalty and integrity.  The duty included, but was not limited to, (a) a duty of care to ensure that monies in a custodial account for a Fund were only transferred out of the accounts for purposes related to the particular Fund and investment of said monies in seller-financed real estate contracts, hard money loans, real estate, and mortgage-backed securities; (b) a duty not to commingle monies in a custodial account for a Fund with money in Berg's personal accounts, monies of Berg's bus companies, or monies of other Funds; (c) a duty to not directly or indirectly transfer monies from a custodial account to Berg's personal accounts or any account other than one associated with the particular Fund; and (d) a duty not to directly or indirectly use custodial monies in a Fund's custodial account to pay expenses unrelated to the particular Fund, including a duty not to use custodial monies to pay Berg's personal expenses or those of his bus companies.

5.9    Berg's intent to create custodial accounts for each Fund is evidenced by the fact that, on information and belief, subscriptions agreements or other offering documents

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 34 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
|---|---|

51285722.2

for the Funds called for checks to be written to the relevant "Custodial Account"--for example, "MMIF VII- Custodial Account."[3]

5.10    Berg's intent for the custodial accounts to be custodial in nature, and Commerce's knowledge of the same, is shown by the fact that checks deposited into the custodial accounts were often written to, for example "MMIF VII-Custodial Account." Berg's intent, and Commerce's knowledge of, the custodial accounts, is likewise shown through emails between Berg and Commerce.  For example, on June 26, 2006, Berg sent an email to Tom Rook of Commerce stating, in part, "Recall we spoke yesterday about the cash confirmation for Meridian Funds V and VII.  Moss Adams sent 4 confirmations to the bank a couple of week ago.  1 for each operating account and one for each custodial account."  By virtue of its knowledge that each Fund had a custodian account for which Berg was the custodian, Commerce knew that Berg owed the investors a fiduciary duty as set forth herein.

5.11    In addition to the foregoing, on information and belief, Commerce also possessed knowledge that investor monies were deposited into accounts at Commerce based on at least (a) its relationship and communications with Berg and agents of the Meridian Funds and MPM; (b) the transactions involving and movement of money among Berg, the Meridian Funds and MPM's accounts; and (c) communications with others regarding monies on deposit in these accounts.

5.12    Berg breached his fiduciary duty to investors by, among other things, (a) commingling money in his personal accounts with Fund money, including Fund money in the custodial accounts; (b) using Fund money, including from the custodial accounts, to pay personal expenses and finance his lavish lifestyle; (c) commingling Fund money, including Fund money in the custodial accounts, with money of Berg's bus companies; (d) using Fund money, including Fund money in the custodial accounts, to pay expenses for his bus

---

[3] MMIF VII would correspond to Meridian Mortgage Investors Fund VIII.

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 35 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
| --- | --- |

51285722.2

companies; and (e) commingling monies between the various Meridian Funds, including commingling in the custodial accounts.

5.13    Commerce knew that Berg was engaging in conduct that constituted a breach of fiduciary duty and substantially assisted or encouraged Berg in his breaches of fiduciary duty because, among other things, it: (a) allowed Berg to freely commingle monies between his personal accounts, Meridian Fund accounts, including custodial accounts, and accounts of Berg's bus companies; (b) allowed Berg to transfer monies from Meridian Fund accounts, including Meridian Fund custodial accounts, to his personal accounts and to finance his lavish lifestyle and pay personal debts, including debts related to his multi-million dollar Mercer Island, Washington home; (c) allowed Berg to transfer monies from Meridian Fund accounts, including Meridian Fund custodial accounts, to accounts of his bus companies and to purchase luxury buses for his bus companies; and (d) allowed Berg to transfer monies between accounts, including custodial accounts, of different Meridian Funds.    Details regarding such transactions are within Commerce's own records.    However, by way of non-exclusive example, Commerce permitted the following banking transactions:

      5.13.1    On or about December 22, 2006, at Berg's direction, Commerce transferred $1,025,000 from an account for Meridian Fund 6, number ****2898 to the account for Berg's bus company, number ****3711, and then made a $893,514 transfer out of the account for Berg's bus company that same day.

      5.13.2    On or about April 23, 2007, at Berg's direction, Commerce transferred $775,000 from Meridian Fund accounts (consisting of $400,000 from an account for Meridian Fund 5, number ****4380 and $375,000 from an account for Meridian Fund 7), to an MPM account, number ****2804.    That same day, at Berg's direction,

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 36 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
| --- | --- |

51285722.2

Defendants transferred the $775,000 to Berg's personal account, number ****9601. Then, also on that same day, at Berg's direction Defendants transferred $575,000 from Berg's personal account, number ****9601 to an account for Berg's bus company, number ****37111 and then made a $517,800 wire transfer from the account for the bus company.

    5.13.3  On or about May 10, 2007, at Berg's direction, Commerce transferred $1,000,000 from MPM's Commerce account, number ****2804, to Berg's personal Commerce account, number ****9601.

    5.13.4  On or about May 30, 2007, Berg closed the purchase of his home on Mercer Island. Commerce recorded the deed of trust on the home that same day. That same day, at Berg's direction, Defendants transferred $932,000 from Meridian Fund 6 account ****2898 to Meridian Fund 6 account ****2812, and then back again. Then, that same day, at Berg's direction, Commerce transferred $932,000 from Meridian Fund 6 account ****2812 to Chicago Title Insurance Company, the escrow officer for the sale of the home.

    5.14  Commerce also granted Berg preferential treatment in various ways, including but not limited to allowing consistent overdraft activity and waiving overdraft fees, extending letters of credit on terms inconsistent with bank policy, and failing to follow up on suspicious activity within the accounts.

    5.15  Commerce also knew that Berg represented to investors that their monies would be used for the sole purpose of investing in seller-financed real estate contracts, hard money loans, real estate, and mortgage-backed securities. On information and belief, Commerce possessed this knowledge, at a minimum, (a) through having seen subscriptions

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 37 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
|---|---|

51285722.2

agreements or offering documents for various Funds; (b) by virtue of its communications with Berg and/or individuals associated with the Meridian Funds; (c) by virtue of confirmation requests it received from Moss Adams, the auditor for various Funds; and (d) documents associated with each of the accounts. By virtue its knowledge of Berg's representations to investors and its knowledge, as set forth above, that Berg was (a) commingling money in his personal accounts with Fund money and using Fund money to pay personal expenses and finance his lavish lifestyle; (b) commingling Fund money with money of Berg's bus companies and using Fund money to pay expenses for his bus companies; and (c) commingling monies between the various Meridian Funds, Commerce also knew that Berg was defrauding investors. Even if Commerce did not have actual knowledge that Berg was running a Ponzi scheme, it had knowledge, at a minimum, that Berg was defrauding investors by making false representations to them in connection with their investments, as set forth herein.

5.16    Commerce also substantially assisted or encouraged Berg in defrauding investors because, among other things, it (a) allowed Berg to freely commingle monies between his personal accounts, Meridian Fund accounts, and accounts of Berg's bus companies; (b) allowed Berg to transfer monies from Meridian Fund accounts, including Meridian Fund custodial accounts, to his personal accounts and to finance his lavish lifestyle and pay personal debts, including debts related to his multi-million dollar Mercer Island, Washington home; (c) allowed Berg to transfer monies from Meridian Fund accounts, including Meridian Fund custodial accounts, to accounts of his bus companies and to purchase luxury buses for his bus companies; and (d) allowed Berg to transfer monies between accounts, including custodial accounts, of different Meridian Funds. Details regarding such transactions are within Commerce's own records.

FIRST AMENDED COMPLAINT AND JURY
DEMAND - 38

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE 206-447-4400 FAX (206) 447-9700

51285722.2

Case 12-01767-TWD    Doc 62    Filed 03/25/13    Ent. 03/25/13 16:29:15    Pg. 38 of 51

5.17    In addition to the foregoing knowledge of Berg's fraud and breaches of fiduciary duty, on information and belief, Commerce learned in or about 2009, that Berg was forging account statements for Meridian Real Estate Opportunity Fund II.  Commerce gained such knowledge at the latest, after receiving a fax in or around that time from Thomas Opsahl of Capstone Financial, who was asking whether an account statement was authentic.

5.18    Because numerous accounts were maintained by the Meridian Funds, MPM, Berg and Berg's related entities at Commerce, and because Berg regularly engaged in transactions involving the accounts at Commerce, Commerce assessed and earned thousands of dollars in banking fees and charges for their services.  Due to the amount of money on deposit at Commerce and the profits Commerce enjoyed as a result of the banking activity involving the accounts of Meridian Funds, MPM, Berg, and Berg's related entities, Commerce's complicity was not without motive.   Commerce's conduct was in violation of federal and state banking laws and regulations, as well as their own internal standards and code of business ethics and conduct.

5.19    By way of non-exclusive example, these standards are reflected in federal law and require banks to review accounts and transactions for suspicious circumstances and report these transactions to the Financial Crimes Enforcement Network ("FinCEN"). For example, 12 CFR 208.62 requires charter banks such as Commerce to monitor and report suspicious activity through the submission of a Suspicious Activity Report ("SAR") any time the bank suspects that it "was used to facilitate a criminal transaction," or that a transaction "involve[s] potential money laundering or violations of the Bank Secrecy Act ("BSA")." Indeed, monitoring and reporting suspicious activity is a critical and routine function of modern banks, and guidelines for identifying suspicious activity are numerous. In fact, under BSA Section 5318(g)(3), financial institutions are even insulated from liability

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 39 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
| --- | --- |

51285722.2

for voluntarily disclosing this suspicious activity and, even absent suspicious activity, banks are nevertheless required to complete a Currency Transaction Report ("CTR") for submission to FinCEN for any transaction over $10,000.

5.20     Further, effective BSA compliance requires financial institutions such as Commerce to implement their own programs to protect against fraud.  These programs – known industry-wide as the "Four Pillars" – include: (1) designating a compliance officer to ensure ongoing compliance; (2) developing internal policies, procedures and controls; (3) implementing ongoing and relevant training on potentially fraudulent transactions and money laundering activities; and (4) independently testing and reviewing the efficacy of these programs.

5.21     On information and belief, Commerce (a) failed to adequately review the transactions and financial activity involving the Meridian Funds' accounts, MPM's accounts and Berg's accounts, even though it knew of commingling, improper transfers and Berg's use of Fund monies for personal purposes, as set forth herein; and (b) failed to develop, implement and follow an effective due diligence program as required by the BSA and as set forth in the Bank Secrecy Act/Anti-Money Laundering Examination Manual promulgated by the Federal Financial Institutions Examinations Council.  In general, a due diligence program relates to a bank's internal controls and the adequacy of those internal controls. Commerce's failures include, but are not limited to, failure to develop and implement an effective due diligence program and policy relating to the review of financial transactions and account activity; failure to train employees on the due diligence program and policy; failure to ensure compliance with the due diligence program and policy; and implementing recommendations from auditors for improving the due diligence program and policy.

5.22     The Bank Secrecy Act/Anti-Money Laundering Examination Manual provides "examples of potentially suspicious activities that should raise red flags for further

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 40 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
| --- | --- |

51285722.2

investigation to determine whether the transactions or activities reflect illicit activities." Commerce failed to adhere to bank regulations that required an ongoing and regular review of Berg's accounts for suspicious activities that included, among other things, the following: (1) monies that stayed in accounts for very little time; (2) transfers sent or received from the same person (*i.e.*, Berg); (3) unusual transfers of monies that occurred among related accounts or among accounts that involve the same or related principals; and (4) transfers sent in large, round dollar, hundred dollar, or thousand dollar amounts.

5.23    On information and belief, in addition to the foregoing, or in the alternative, Commerce disregarded and/or circumvented its own due diligence program(s) and policy(ies) and disregarded recommendations from auditors regarding improvement that could and/or should be made to the due diligence program(s) and policy(ies) in order to satisfy Berg's demands.

5.24    On information and belief, Defendant's internal code and standard of conduct, or that of its parents corporation, is designated the Code of Business Conduct and Ethics for Employees.  It mandates that Defendant's employees must immediately report any potentially suspicious activity.  The Code of Business Conduct and Ethics for Employees states, among other things, the following: "If you are unsure about the propriety or legality of an action, get appropriate guidance;" and "we expect you to act proactively, raising concerns about ethical issues, and reporting any conduct believed to be a violation [sic] this Code, any law or regulation or any Company policy or procedure is a clear requirement of employment."

5.25    If Defendant had adhered to these regulations and its own internal policies, it would have stopped Berg's fraud and breaches of fiduciary duties well before the Funds suffered their ultimate demise in the summer of 2010.

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 41 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
|---|---|

51285722.2

5.26    As otherwise herein alleged, until September 2009 at the earliest, the Investors were unaware of Berg's breaches of fiduciary duty and fraud and were further unaware of Defendant's role in aiding and abetting Berg's breach of fiduciary duties and fraud, including being unaware of any damages suffered in connection therewith.    On information and belief, Berg's systematic and continuous fraud and breaches of fiduciary duty continued for years, until finally – in or about June 2010 – the Funds failed to pay out the monthly interest payments as promised to its investors.    The investors in the Meridian Funds thereafter forced the Funds into Chapter 11 bankruptcy proceedings.    All of the Funds have subsequently filed for bankruptcy and are consolidated in the Meridian Bankruptcy Proceedings.    On or about July 27, 2010, Berg filed a personal bankruptcy petition in the matter of *In re: Frederick Darren Berg*, Case No. 10-18668 in this Bankruptcy Court for the Western District of Washington.    In the months that followed the initiation of the Bankruptcy Proceedings, the factual basis for the claims against Defendant, as alleged herein, were first discovered by Plaintiffs.

5.27    The United States Attorney's Office for the Western District of Washington subsequently arrested and charged Berg with crimes that ultimately defrauded investors out of more than $100 million in the case styled *United States of America v. Frederick Darren Berg*, Case No. CR10-0310RAJ pending in the United States District Court for the Western District of Washington.    Berg subsequently pled guilty to one count of Wire Fraud, one count of Money Laundering, and one count of Bankruptcy Fraud.    He was sentenced to 18 years.

5.28    The elements of the offense of Wire Fraud in violation of 18 U.S.C. §1343 with respect to Berg's conduct are as follows: (1) Berg made up a scheme or plan for obtaining money or property by making false promises or statements; (2) Berg knew that the promises or statements were false; (3) the promises or statements were material, that is, they

FIRST AMENDED COMPLAINT AND JURY
DEMAND - 42

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE 206-447-4400 FAX (206) 447-9700

51285722.2

Case 12-01767-TWD    Doc 62    Filed 03/25/13    Ent. 03/25/13 16:29:15    Pg. 42 of 51

would reasonably influence a person to part with money or property; (4) Berg acted with the intent to defraud; and (5) Berg used, or caused to be used, the wires in interstate or foreign commerce to carry out or attempt to carry out an essential part of the scheme. Berg admitted that he is guilty of the offense of Wire Fraud.

5.29 Berg, in his Plea Agreement, admitted that beginning sometime within the last ten years, and continuing until in or around August 2010, he knowingly and willfully devised and executed a scheme and artifice to defraud, and for obtaining money and property by means of material false and fraudulent pretenses, representations, and promises, including those made to Plaintiffs in connection with their investments in the Meridian Funds. Berg further admitted that the object of the scheme and artifice to defraud was to defraud investors (including Plaintiffs) by falsely representing that he was using all investor funds to purchase seller-financed real estate contracts, real estate, and mortgage-backed securities, and also to make hard money loans. During the course of the scheme Berg stole millions of dollars in investor monies, including monies belonging to Plaintiffs, which he used for his own benefit as well as to pay off earlier investors in order to conceal his false statements and continue his scheme to defraud.

## VI.  **FIRST CAUSE OF ACTION**
(Aiding and Abetting Breach of Fiduciary Duty against Defendant
The Commerce Bank of Washington, N.A.)

6.1 Plaintiffs reallege all of their statements in the foregoing paragraphs 1.1 through 5.29 as if set forth fully herein.

6.2 Berg: (i) was the majority or sole owner of the Meridian Funds; (ii) an employee, officer and director of the Meridian Funds; (iii) exercised control over the management, operation and investments of the Meridian Funds, and treated the Funds as his own; (iv) was entrusted by Plaintiffs with monies and charged with the responsibility of investing those monies for the benefit of Plaintiffs consistent with his representations and

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 43 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
|---|---|

51285722.2

the terms of the operating documents; (v) acted in the capacity of a trustee with respect to Plaintiffs' investments; and (vi) dominated and controlled MPM both before and after its acquisition and treated it as his own. In addition, Plaintiffs reposed trust and confidence in Berg, including but not limited to, entrusting Berg with their investment money. As such, Berg owed fiduciary duties to Plaintiffs, including, among other things, duties of loyalty, fidelity, honesty, and integrity.

6.3     Separate and distinct from fiduciary duties stemming from the allegations in paragraph 6.2, Berg owed investors, including the Plaintiffs here, a fiduciary duty as a result of his status as the custodian of the custodial accounts for each of the Meridian Funds. The investors were beneficiaries of those accounts.

6.4     As set forth in greater detail above, Commerce (a) knew of the custodial nature of the custodial accounts, (b) knew that Berg was the custodian for each of these accounts, and (c) knew that investors in the various Meridian Funds were the beneficiaries of the custodial accounts. As a result, Commerce knew Berg was a fiduciary of the investors in the Meridian Funds, including Plaintiffs.

6.5     As alleged herein, Berg breached his fiduciary duties owed to Plaintiffs. That is, Berg disregarded and breached his duties to Plaintiffs as the custodian of the custodial accounts of which Plaintiffs were beneficiaries by failing to exercise due care and to ensure that monies in the custodial accounts were only used for purposes related to the particular fund and investment of said monies in seller-financed real estate contracts, hard money loans, real estate, and mortgage-backed securities. For example, Berg knowingly and intentionally, (a) commingled money in his personal account with Fund money, including money in the custodial accounts; (b) directly and indirectly used Fund money, including from the custodial accounts, to pay personal expenses and finance his lavish lifestyle; (c) commingled Fund money, including money in the custodial accounts, with

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 44 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
|---|---|

51285722.2

money of Berg's bus companies; (d) directly and indirectly used Fund money, including from the custodial accounts, to pay expenses for his bus companies; and (e) commingled monies between the various Meridian Funds, including the custodial accounts.

6.6     Commerce knew that Berg was engaging in conduct that constituted a breach of fiduciary duty and substantially assisted or encouraged Berg in his breaches of fiduciary duty because it allowed Berg to use Fund monies, including monies in the custodial accounts, for purposes unrelated to the particular fund and unrelated to investment of said monies in seller-financed real estate contracts, hard money loans, real estate, and mortgage-backed securities.  Among other things, Commerce: (a) allowed Berg to freely commingle monies between his personal accounts, Meridian Fund accounts (including the custodial accounts), and accounts of Berg's bus companies; (b) allowed Berg to transfer monies from Meridian Fund accounts, including Meridian Fund custodial accounts, to his personal account and to finance his lavish lifestyle and pay personal debts, including debts related to his multi-million dollar Mercer Island, Washington home; (c) allowed Berg to transfer monies from Meridian Fund accounts, including Meridian Fund custodial accounts, to accounts of his bus companies and to purchase luxury buses for his bus companies; and (d) allowed Berg to transfer monies between accounts, including custodial accounts, of different Meridian Funds.  Berg did not generally accomplish the foregoing through self-executing transfers, but instead, Berg regularly interacted with Commerce employees who helped him execute transactions which were a breach of his fiduciary duty, thereby further demonstrating Commerce's knowledge and substantial assistance or encouragement.

6.7     On information and belief, Commerce knew of the foregoing no later than 2004, when Berg began using Commerce accounts to accomplishing commingling and misappropriation of Fund monies.

<table>
<tr><td>FIRST AMENDED COMPLAINT AND JURY<br>DEMAND - 45</td><td>FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700</td></tr>
</table>

6.8    The substantial assistance and/or encouragement Commerce provided to Berg in breaching his fiduciary duties caused Plaintiffs damage, financial harm and losses in an amount in excess of One Hundred Million Dollars, with an exact amount to be proven at trial.  By way of example only, as a direct and proximate result of the substantial assistance and/or encouragement Commerce provided to Berg, Fund monies, including monies in the custodial accounts, were transferred out of Fund accounts, including the custodial accounts, for purposes unrelated to the particular Fund and unrelated to investment of said monies in seller-financed real estate contracts, hard money loans, real estate, and mortgage-backed securities, including direct and indirect transfers from the custodial accounts to pay Berg's personal expenses and to pay expenses of Berg's bus companies.  Plaintiffs received no benefit for such transfers and monies so transferred resulted in direct economic loss to Plaintiffs, who were investors (and thus beneficiaries of the custodial accounts) at the time of the transfers.  Further, but for the substantial assistance and/or encouragement Commerce provided to Berg in breaching his fiduciary duties, Berg would have been unable to carry out, or continue to carry out, his fraudulent scheme, and thus, but for Commerce's wrongful conduct, the fraudulent scheme would have been discovered as early as the start of the relationship with Commerce in 2004.    Thus, none of the investments (including re-investments in the form of continued renewals of Notes and accrual of interest payments under the Notes, or otherwise) made by Plaintiffs after such time would have been made and such monies would not have been lost.

## VII.  SECOND CAUSE OF ACTION
### (Aiding and Abetting Fraud against Defendant
### The Commerce Bank of Washington, N.A.)

7.1    Plaintiffs reallege all of their statements in the foregoing paragraphs 1.1 through 5.29 as if set forth fully herein.

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 46 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
| --- | --- |

51285722.2

7.2    Berg: (i) was the majority or sole owner of the Meridian Funds; (ii) an employee, officer and director of the Meridian Funds; (iii) exercised control over the management, operation and investment of the Meridian Funds, and treated the Funds as his own; and (iv) dominated and controlled MPM both before and after its acquisition and treated it as his own.

7.3    Berg engaged in a fraudulent scheme resulting in the misappropriation of over $100 million in investor monies including monies belonging to Plaintiffs, for his own personal use and for use by his unrelated bus companies.    As alleged herein, Berg represented to investors, including via offering documents at the time of the investments and otherwise, that their monies would be used for the sole purpose of investing in seller-financed real estate contracts, hard money loans, real estate, and mortgage-backed securities. Said representations by Berg were representations of an existing fact, were material, were false, and were known by Berg to be false.    Plaintiffs were ignorant of the falsity of the representations and reasonably relied on by Plaintiffs to their detriment.

7.4    As alleged herein, Commerce had knowledge that Berg represented to investors that their monies would be used for the sole purpose of investing in seller-financed real estate contracts, hard money loans, real estate, and mortgage-backed securities.    On information and belief, Commerce possessed this knowledge, at a minimum, (a) through having seen subscriptions agreements or offering documents for various Funds; (b) by virtue of its communications with Berg and/or individuals associated with the Meridian Funds; (c) by virtue of confirmation requests it received from Moss Adams, the auditor for various Funds; and (d) through documents associated with each of the accounts.    By virtue of its knowledge of Berg's representations to investors and its knowledge that Berg was (a) commingling money in his personal accounts with Fund money and using Fund money to pay personal expenses and finance his lavish lifestyle; (b) commingling Fund money with

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 47 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
|---|---|

51285722.2

money of Berg's bus companies and using Fund money to pay expenses for his bus companies; and (c) commingling monies between the various Meridian Funds, Commerce also knew that Berg was defrauding investors.  On information and belief, Commerce knew of the foregoing no later than 2004, when Berg began using Commerce accounts to accomplishing commingling and misappropriation of Fund money.  Even if Commerce did not have knowledge that Berg was operating a Ponzi scheme, it had knowledge, at a minimum, of Berg defrauding investors in the foregoing manner.

7.5     Commerce also substantially assisted or encouraged Berg in defrauding investors because, among other things, it (a) allowed Berg to freely commingle monies between his personal accounts, Meridian Fund accounts, and accounts of Berg's bus companies; (b) allowed Berg to transfer monies from Meridian Fund accounts, including Meridian Fund custodial accounts, to his personal accounts and to finance his lavish lifestyle and pay personal debts, including debts related to his multi-million dollar Mercer Island, Washington home; (c) allowed Berg to transfer monies from Meridian Fund accounts, including Meridian Fund custodial accounts, to accounts of his bus companies and to purchase luxury buses for his bus companies; and (d) allowed Berg to transfer monies between accounts, including custodial accounts, of different Meridian Funds.  Details regarding such transactions are within Commerce's own records.

7.6     Further , on information and belief: Commerce (i) knew about the nature and purpose of the Meridian Funds and that Berg exercised exclusive control over the management, operation and investment decisions made on behalf of all the Funds; (ii) knew that the monies deposited in the Meridian Fund accounts at Commerce came from investors (iii) knew that Berg was engaged in a continuous pattern of transferring money into and out of accounts held in the name of the Meridian Funds and MPM for the benefit of investors; (iv) knew that Berg would transfer monies from the Meridian Funds' accounts to MPM and

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 48 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
|---|---|

then transfer them into his personal accounts; (v) knew that Berg would transfer monies from the Meridian Funds' accounts directly into his personal accounts; (vi) knew that monies originating from the Meridian Funds were being used by Berg for his personal use; and (vii) knew that Berg's conduct was tortious and constituted a breach of his fiduciary duty to Plaintiffs. These facts and circumstances, at a minimum, gave Commerce actual or constructive knowledge that Berg was perpetrating a Ponzi scheme.

7.7     Commerce also substantially assisted and/or encouraged Berg in committing fraud, by, among other things: (i) executing transactions and financial activity at Berg's request and direction despite its actual or constructive knowledge of his Ponzi scheme; (ii) failing to adequately review the transactions and financial activity in connection with monies on deposit in the Meridian Funds and MPM accounts, even though it knew of commingling and use of Fund monies for Berg's personal purposes; (iii) failing to timely and effectively develop, implement, maintain and/or audit a due diligence program, including the training of employees, contractors and agents, designed to detect and report suspicious activity that might be indicative of financial crimes, including wire fraud; (iv) failing to develop internal policies, procedures, standards and guidelines regarding reporting suspicious activity and/or improper conduct, including by failing to properly train employees, contractors and agents, in connection with the detection and reporting of suspicious activity and improper conduct that might be indicative of financial crimes, including fraud; and (v) failing to timely disclose to Plaintiffs that Berg was using monies belonging to the Meridian Funds for his personal use and private purposes.

7.8     The substantial assistance and/or encouragement Commerce provided to Berg in accomplishing his fraud caused Plaintiffs damage, financial harm and losses in an amount in excess of One Hundred Million Dollars, with an exact amount to be proven at trial. By way of example only, as a direct and proximate result of the substantial assistance

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 49 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
| --- | --- |

51285722.2

and/or encouragement Commerce provided to Berg, Fund monies, including monies in the custodial accounts, were transferred out of Fund accounts, including the custodial accounts, for purposes unrelated to the particular fund and unrelated to investment of said monies in seller-financed real estate contracts, hard money loans, real estate, and mortgage-backed securities, including direct and indirect transfers from the custodial accounts, to pay Berg's personal expenses and to pay expenses of Berg's bus companies. Plaintiffs received no benefit for such transfers and monies so transferred resulted in direct economic loss to Plaintiffs, who were investors (and thus beneficiaries of the custodial accounts) at the time of the transfers. Further, but for the substantial assistance and/or encouragement Commerce provided to Berg, Berg would have been unable to carry out, or continue to carry out, his fraudulent scheme, and thus, but for Commerce's wrongful conduct, the fraudulent scheme would have been discovered as early as the start of the relationship with Commerce in 2004. Thus, none of the investments (including re-investments in the form of continued renewals of Notes and accrual of interest payments under the Notes, or otherwise) made by Plaintiffs after such time would have been made and such monies would not have been lost.

## VIII.  PRAYER

WHEREFORE, Plaintiffs pray for relief and judgment as follows:

1.    Awarding monetary damages against Defendant, in favor of Plaintiffs, for all losses and damages suffered as a result of the wrongdoings alleged herein, with the exact amount to be proven at trial;

2.    All fees and expenses incurred in this action by Plaintiffs, including but not limited to a reasonable allowance of fees for Plaintiffs' attorneys and experts; and

3.    Such other and further relief as the Court may deem just and proper.

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 50 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
| --- | --- |

51285722.2

## IX.  JURY DEMAND

Plaintiffs demand a trial by jury on all causes so triable.

DATED:  March 25, 2013.

FOSTER PEPPER PLLC

_/s/ Jane Pearson_
Jane Pearson, WSBA #12785
Attorneys for Plaintiffs

EAGAN AVENATTI, LLP

_/s/ Michael J. Avenatti_
Michael J. Avenatti (Pro Hac Vice)
Scott H. Sims (Pro Hac Vice)
Attorneys for Plaintiffs

| FIRST AMENDED COMPLAINT AND JURY DEMAND - 51 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
| --- | --- |

51285722.2