# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In Re: <br><br> CONSOLIDATED MERIDIAN FUNDS, a/k/a MERIDIAN INVESTORS TRUST, et al. <br><br> Debtors, <br><br> MARK CALVERT, as Liquidating Trustee of the MERIDIAN INVESTORS TRUST, et al. <br><br> Plaintiffs, <br><br> vs. <br><br> ZIONS BANCORPORATION, a Utah corporation; THE COMMERCE BANK OF WASHINGTON, N.A., a federally chartered commercial bank, <br><br> Defendants. | Consolidated Case No. 10-17952-KAO <br><br><br> Adversary No. 12-01767-KAO <br><br> ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT <br><br><br> The Honorable Karen A. Overstreet <br> Chapter 11 <br> Location: Seattle, Courtroom 7206 <br> Hearing Date: May 3, 2013 <br> Hearing Time: 9:30 a.m. |

THIS MATTER came before the Court on The Commerce Bank of Washington, N.A.'s ("Commerce Bank") Motion to Dismiss First Amended Complaint under Fed. R. Bankr. P. 7012(b) and Fed. R. Civ. P. 12(b)(6), (the "Motion"). Having reviewed the Motion, the Plaintiffs' responses, if any, the reply filed by Commerce Bank, the record and files herein, and

ORDER GRANTING MOTION TO DISMISS
FIRST AMENDED COMPLAINT- 1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*206 464 3939*

SEA_DOCS:1097152.1
Case 12-01767-TWD    Doc 64-1    Filed 04/04/13    Ent. 04/04/13 14:58:51    Pg. 1 of 3

having heard the arguments of counsel, it is hereby

ORDERED as follows:

1. The Motion is GRANTED.

2. The First Amended Complaint against The Commerce Bank of Washington, N.A. is DISMISSED WITH PREJUDICE.

/// END OF ORDER ///

Presented By:

GARVEY SCHUBERT BARER


By: s/David Lieberworth
Charles C. Robinson, WSBA # 15394
David Lieberworth, WSBA # 9329
Tyler Arnold, WSBA # 43129
Daniel J. Vecchio, WSBA # 44632

Attorneys for Defendant The Commerce Bank of Washington, N.A.

ORDER GRANTING MOTION TO DISMISS
FIRST AMENDED COMPLAINT - 2

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

SEA_DOCS:1097152.1
Case 12-01767-TWD    Doc 64-1    Filed 04/04/13    Ent. 04/04/13 14:58:51    Pg. 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify on April 4, 2013, I caused to be electronically filed the foregoing ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT with the Clerk of the Court using the CM/ECF system which, pursuant to Local Rule 5005-1(c)(1), causes parties who are registered ECF participants to be served by electronic means.

Dated this 4th day of April, 2013, at Seattle, Washington.

GARVEY SCHUBERT BARER

By /s/David Lieberworth
David Lieberworth

ORDER GRANTING MOTION TO DISMISS
FIRST AMENDED COMPLAINT - 3

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

SEA_DOCS:1097152.1
Case 12-01767-TWD    Doc 64-1    Filed 04/04/13    Ent. 04/04/13 14:58:51    Pg. 3 of 3