The Honorable Karen A. Overstreet
Chapter 11
Hearing Location: Seattle, Room 7206
Hearing Date: May 3, 2013
Hearing Time: 9:30 a.m.
Response Date: April 24, 2013

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In Re:

CONSOLIDATED MERIDIAN FUNDS, a/k/a MERIDIAN INVESTORS TRUST, et al.

Debtors,

MARK CALVERT, as Liquidating Trustee of the MERIDIAN INVESTORS TRUST, et al.

Plaintiffs,

vs.

ZIONS BANCORPORATION, a Utah corporation; THE COMMERCE BANK OF WASHINGTON, N.A., a federally chartered commercial bank,

Defendants.

Bankruptcy Consolidated
Case No. 10-17952-KAO

Bankruptcy Adversary No. 12-01767-KAO

DECLARATION OF DAVID LIEBERWORTH IN SUPPORT OF THE COMMERCE BANK OF WASHINGTON, N.A.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

I, DAVID LIEBERWORTH, hereby declare as follows:

1. I am an attorney for Defendant The Commerce Bank of Washington, N.A. ("Commerce Bank"), in the above-captioned matter. I am over the age of 18 and am competent to testify to the matters stated in this declaration. Except as otherwise indicated, I have

DECLARATION OF DAVID LIEBERWORTH IN SUPPORT OF THE COMMERCE BANK OF WASHINGTON, N.A.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT - 1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

SEA_DOCS:1097056.1 [03646.07023]
Case 12-01767-TWD    Doc 65    Filed 04/04/13    Ent. 04/04/13 15:01:03    Pg. 1 of 11

1 personal knowledge of the matters set forth below.

2. Attached as Exhibit A is a true and correct copy of a letter dated March 26, 2013 and its attachment (except for bank account numbers in the attachment being redacted) sent by email to Michael Avenatti and Scott Sims, attorneys for Plaintiffs.

3. Attached as Exhibit B is a true and correct copy of the email reply to my letter of March 26, 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

EXECUTED this 4th day of April, 2013, at Seattle, Washington.

    /s/David Lieberworth
    David Lieberworth

DECLARATION OF DAVID LIEBERWORTH IN SUPPORT OF THE
COMMERCE BANK OF WASHINGTON, N.A.'S MOTION TO
DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT - 2

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*206 464 3939*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2013, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which causes parties who are registered ECF participants to be served by electronic means.

Dated this 4th day of April, 2013, at Seattle, Washington.

GARVEY SCHUBERT BARER


By /s/David Lieberworth
    David Lieberworth

DECLARATION OF DAVID LIEBERWORTH IN SUPPORT OF THE
COMMERCE BANK OF WASHINGTON, N.A.'S MOTION TO
DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT - 3

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*206 464 3939*

SEA_DOCS:1097056.1 [03646.07023]
Case 12-01767-TWD    Doc 65    Filed 04/04/13    Ent. 04/04/13 15:01:03    Pg. 3 of 11

# EXHIBIT A



SEATTLE OFFICE
eighteenth floor
second & seneca building
1191 second avenue
seattle, washington 98101-2939
TEL 206 464 3939  FAX 206 464 0125

anchorage, alaska
beijing, china
new york, new york
portland, oregon
washington, d.c.
GSBLAW.COM

*Please reply to* DAVID LIEBERWORTH
*dlieberworth@gsblaw.com*
DIRECT DIAL *(206) 816-1493*

March 26, 2013

**VIA EMAIL**

Michael Avenatti  (mavennatti@eaganavenatti.com)
Scott Sims  (ssims@eaganavenatti.com)
Eagan Avenatti, LLP
450 Newport Center Drive, 2nd Floor
Newport Beach, CA  92660

Re:   Calvert vs Commerce Bank

Dear Michael and Scott:

   We have started to review the Amended Complaint in the aiding and abetting case in preparation for our motion to dismiss.  In the process of doing so, we have come upon an allegation in the Amended Complaint to which we wish to draw your attention.  Paragraph 5.17 states as follows:

   In addition to the foregoing knowledge of Berg's fraud and breaches of fiduciary duty, on information and belief, Commerce learned in or about 2009, that Berg was forging account statements for Meridian Real Estate Opportunity Fund II. Commerce gained such knowledge at the latest, after receiving a fax in or around that time from Thomas Opsahl of Capstone Financial, who was asking whether an account statement was authentic.

   We are aware of only one fax that would fit the description of the one referenced in the allegations and we have enclosed it with this letter.  As you will see, the fax is dated July 26, 2010. With respect, we believe you need to amend the pleading to correct the erroneous date references.

   Because we are in the process of drafting our motion to dismiss and need to know your position, please advise by no later than this Friday, March 29, 2013, whether you will amend the pleading and, if so, what the new language will say.  Alternatively, if you decline to modify the pleading, please advise us as to the bases for your position, including the bases for the allegations regarding when Commerce Bank supposedly knew of the allegedly forged bank statement and the 2009 date of any fax that asked whether an account statement was authentic.

   Thank you and best regards.



Sincerely,

Garvey Schubert Barer

By *David Lieberworth*
David Lieberworth

Attachment

cc: Jane Pearson (pearj@foster.com)




## Capstone Financial

Fax Cover Sheet

To: Tom Rook

Company: The Commerce Bank

Fax Number: 206-627-9457

Date: 7-26-10

From: Thomas R. Opsahl
Capstone Financial Group, Inc.
8295 242nd Street
Forest Lake, MN 55025

Phone: 651-462-3055
Fax: 651-462-3137
Email: ~~tom@capstonefinancial.~~ tom1031@citlink.net

Number of pages including cover sheet: 3

Message: Is this statement authentic?

Figure 5

**MERIDIAN REAL ESTATE OPPORTUNITY FUND II, LLC**
1501 Fourth Avenue | Suite 1900 | Seattle, WA 98101
PH: (206) 621-9301 | FAX: (206) 621-9750

January 2, 2010

    Re:   <u>Escrow Break Letter</u>

Dear Selling Group Member:

    In its Private Placement Memorandum (the "**PPM**"), Meridian Real Estate Opportunity Fund II, LLC (hereinafter the "**Fund**") outlined that it would establish an escrow account to hold client investments until such time as the Fund had achieved minimum subscriptions totaling $10,000,000 (ten million dollars).

    The PPM for the Fund was written several months in advance of the November 1, 2009 introduction of the Fund. Between the time the PPM was completed and the time the Fund was introduced, the Fund achieved advance investment commitments totaling $10,000,000 (ten million dollars) from a small group of high net worth investors, each of whom confirmed they stood prepared to fund their subscription upon introduction of the Fund. With these commitments in hand, the Fund was introduced on November 1, 2009 having already achieved the minimum amount required to break escrow.

    The Fund was introduced on November 1, 2009 and Meridian's high net worth investors each funded their subscriptions shortly thereafter, taking the Fund to $10,000,000 (ten million dollars) on November 6, 2009. With these subscriptions, the required minimum amount was raised within the first week of the Fund launching prior to any broker dealer investors participating in the Fund. In fact, the minimum was raised by the Fund prior to any Selling Agreements being executed.

    Given the required minimum amount was raised by Meridian directly in advance of any participation from the broker dealer community, the need for an escrow bank account was ultimately avoided. Given this fact, the Fund does not and will not possess a formal escrow break letter. In the alternative, we hereby attach as an Exhibit to this letter a copy of the Fund's bank statement for the period ended November 30, 2009 for your due diligence files (please note that, other than Fund Manager Darren Berg, we have redacted the names of the Fund's initial investors from these bank statements).

Sincerely,

*Meridian Real Estate Opportunity Fund II, LLC*

By:   Meridian Partnership Management, Inc.
Its:   Manager

# THE COMMERCE BANK
## OF WASHINGTON

ACCOUNT:               7432    PAGE: 1
                               11/30/2009

MERIDIAN REAL ESTATE
OPPORTUNITY FUND II, LLC                                    30
PO BOX 21646                                                 0
SEATTLE WA  98111                                            0

```
The Commerce Bank will be closed on Friday, December 25th in observance of
Christmas Day and on Friday, January 1st in observance of New Years Day.  As
there will be no regular courier service on these days, please contact
Barbara at (206) 292-3900 the previous business day if you need special
delivery.  Thank you for your continued business.
```

**MONEY MARKET ACCOUNT  7432**

```
            LAST STATEMENT 10/30/09     2,505,008.11
                        4 CREDITS       7,503,867.15
                        0 DEBITS                0.00
            THIS STATEMENT 11/30/09    10,008,875.26
```

- - - - - - - - OTHER CREDITS - - - - - - - - -

```
DESCRIPTION                                        DATE      AMOUNT
INT POSTING                                        11/02     3,867.15
IWT*      613*FRONTIER BK*L      3764*             11/05 2,500,000.00
  TTEE U/A DDD 05*REF: CREDIT MREOF2
IWT      4601*GOLDMAN SACHS BK*    1070*           11/05 2,500,000.00
  REF: MERIDIAN REAL ESTATE OPPORTUNI
IWT*1    8220*VIKING BK*I    6835*                 11/06 2,500,000.00
  REF: ATTN: DARREN BERG
```

- - - - - - - - DAILY BALANCE - - - - - - - - -

```
DATE........BALANCE     DATE........BALANCE     DATE........BALANCE
11/02    2,508,875.26   11/05    7,508,875.26   11/06   10,008,875.26
```

601 Union Street, Suite 3600  Seattle, Washington 98101  (206) 292-3900  Fax (206) 625-9457

# EXHIBIT B

# David Lieberworth

**From:** Scott H. Sims [ssims@eaganavenatti.com]
**Sent:** Monday, April 01, 2013 3:33 PM
**To:** David Lieberworth; Michael J. Avenatti
**Cc:** Jane Pearson; Pat Shillington
**Subject:** RE: Calvert/Commerce Bank

David,

We are in receipt of your letter dated March 26, 2013.

The allegations in our complaint regarding the Meridian Real Estate Opportunity Fund II account were made in good faith and on information and belief based upon information available to us. Based on the enclosure to your letter, it may well be the case that the allegation in our complaint regarding the date of the Opsahl fax turns out not to be true. However, because discovery has not yet begun in this case, such a determination is premature.

Further, even if we assume that the allegation in the complaint is inaccurate, we are aware of no authority requiring us to file an amended complaint. If you have any authority that an amended complaint would be required, please provide it to us so that we can consider it.


Scott H. Sims, Esq.
EAGAN AVENATTI, LLP
450 Newport Center Drive, Second Floor
Newport Beach, CA 92660
(949) 706-7000
(949) 706-7050 (Fax)
ssims@eaganavenatti.com

The preceding email message (including any attachments) contains information that may be confidential, protected by the attorney-client or other applicable privileges, or constitutes non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, or reproduction of this message by unintended recipients is not authorized and may be unlawful.