**Below is the Order of the Court.**

_____
Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re: <br><br> CONSOLIDATED MERIDIAN FUNDS, a/k/a MERIDIAN INVESTORS TRUST, et al. <br><br> Debtors, | Consolidated Case No. 10-17952-KAO <br><br><br><br> Adversary No. 12-01767-KAO |
| MARK CALVERT, as Liquidating Trustee of the MERIDIAN INVESTORS TRUST, et al. <br><br> Plaintiffs, <br><br> vs. <br><br> ZIONS BANCORPORATION, a Utah corporation; THE COMMERCE BANK OF WASHINGTON, N.A., a federally chartered commercial bank, <br><br> Defendants. | ORDER DISMISSING THE CLAIMS OF CERTAIN INDIVIDUAL INVESTOR PLAINTIFFS |

Pursuant to this Court's Order on the Commerce Bank of Washington, N.A.'S Motion For Dismissal Sanctions For Certain Plaintiffs' Failure To Obey Court Order and For Other Relief, entered on July 3, 2014 (Dkt. #148), all claims by any of the Individual Investor Plaintiffs listed in Attachment A hereto are hereby DISMISSED WITH PREJUDICE for failure

ORDER DISMISSING THE CLAIMS OF CERTAIN INDIVIDUAL
INVESTOR PLAINTIFFS -1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

to respond to discovery by August 1, 2014, as ordered by the Court. None of the Individual Investor Plaintiffs so listed will be permitted to bring any such claims at a later date, nor will Mark Calvert, as Liquidating Trustee of the Meridian Investors Trust, be permitted to bring any such claims on behalf of any such Individual Investor Plaintiff.

It is further ordered that all claims by any of the Individual Investor Plaintiffs listed in Attachment B hereto are DISMISSED WITH PREJUDICE for failure to provide signed verifications under oath to their interrogatory responses by September 2, 2014 as ordered by the Court. None of the Individual Investor Plaintiffs so listed will be permitted to bring any such claims at a later date, nor will Mark Calvert, as Liquidating Trustee of the Meridian Investors Trust, be permitted to bring any such claims on behalf of any such Individual Investor Plaintiff.

/// END OF ORDER ///

ORDER DISMISSING THE CLAIMS OF CERTAIN INDIVIDUAL
INVESTOR PLAINTIFFS - 2

SEA_DOCS:1153599.4

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

Case 12-01767-TWD    Doc 168    Filed 10/16/14    Ent. 10/16/14 10:45:45    Pg. 2 of 12

Presented by:

GARVEY SCHUBERT BARER


By: */s/ David Lieberworth*
    Charles C. Robinson, WSBA # 15394
    David Lieberworth, WSBA # 9329
    Daniel J. Vecchio, WSBA # 44632

Attorneys for Defendant The Commerce Bank of Washington, N.A.


Agreed as to form; notice of presentation waived:


FOSTER PEPPER PLLC


By: */s/ Jane Pearson*
    Jane Pearson, WSBA # 12785

EAGAN AVENATTI, LLP


By: */s/ Scott Sims*
    Michael J. Avenatti, Pro Hac Vice
    Scott Sims, Pro Hac Vice

Attorneys for Mark Calvert, as Liquidating Trustee of the Meridian Investors Trust, et al., Plaintiffs

ORDER DISMISSING THE CLAIMS OF CERTAIN INDIVIDUAL INVESTOR PLAINTIFFS - 3

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

SEA_DOCS:1153599.4

Case 12-01767-TWD    Doc 168    Filed 10/16/14    Ent. 10/16/14 10:45:45    Pg. 3 of 12

# CERTIFICATE OF SERVICE

I hereby certify on October 15, 2014, I caused to be electronically filed the foregoing ORDER DISMISSING THE CLAIMS OF CERTAIN INDIVIDUAL INVESTOR PLAINTIFFS with the Clerk of the Court using the CM/ECF system which, pursuant to Local Rule 5005-1(c)(1), causes parties who are registered ECF participants to be served by electronic means.

Dated this 15th day of October, 2014, at Seattle, Washington.

GARVEY SCHUBERT BARER

By /s/David Lieberworth
    David Lieberworth

SEA_DOCS:1156930.3

ORDER DISMISSING THE CLAIMS OF CERTAIN INDIVIDUAL
INVESTOR PLAINTIFFS - 4

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

SEA_DOCS:1153599.4

Case 12-01767-TWD    Doc 168    Filed 10/16/14    Ent. 10/16/14 10:45:45    Pg. 4 of 12

# EXHIBIT A

# EXHIBIT A

| No. | Plaintiff name as found in complaint |
|---|---|
| 1 | Adeline Shannon |
| 2 | Alden M. Garrett |
| 3 | Alexander Children LLC |
| 4 | Alvin Berman |
| 5 | Anne Sopher-Shapiro |
| 6 | Anthony Brian Davenport |
| 7 | Arlen Prentice |
| 8 | Arthel Burklund |
| 9 | Atsuko Klein |
| 10 | Brian Lagen |
| 11 | Bruce Guenzler & Mary Heidt |
| 12 | Carl Scott East |
| 13 | Carsten & Elizabeth Henningsen |
| 14 | Catherine Hansen |
| 15 | Celia Herrera |
| 16 | Charles E. Jenks |
| 17 | Charles Scott Harbert |
| 18 | Chris Prentice |
| 19 | Clifford ("Cliff") & Marie Hackney |
| 20 | Dan Rasar |
| 21 | Dana Taylor Davenport |
| 22 | Darrin Erdahl |
| 23 | David & Sonia Alexander |
| 24 | David A. Buecker |
| 25 | David Alexander |
| 26 | David Beitel |
| 27 | David C.E. Williams |
| 28 | David N. Chichester |
| 29 | Debbie C. Acton |
| 30 | Deborah A. Weasea |
| 31 | Delmar & Jerry Burkett |
| 32 | Dennis & Paula Heck |
| 33 | Dennis Claus |

EXHIBIT A

| No. | Plaintiff name as found in complaint |
|---|---|
| 34 | Diane Lauerman |
| 35 | Dr. Brian A. & Ramona Sakamoto |
| 36 | Dudley W. Johnson |
| 37 | Eduardo R. Garcia |
| 38 | Eduardo R. Garcia & Jane C. Hoerig |
| 39 | Edward Garth |
| 40 | Edward J. O'Toole |
| 41 | Edward Keven Greenfield |
| 42 | Elizabeth Ione Newman |
| 43 | Eric Smith |
| 44 | Erik Meltzer |
| 45 | Estate of Margaret Thoresen |
| 46 | Fenton Love |
| 47 | Frances Byrne |
| 48 | Fred G. Neufeld |
| 49 | Gary Stevens |
| 50 | Gene Fetters |
| 51 | Gina Burrow |
| 52 | H. Raymond & Jina Lankford |
| 53 | Haley Elizabeth McCurry |
| 54 | Henry H. Happel III |
| 55 | Hope R. Garrett |
| 56 | Jack Jackson aka C. Jack Jackson |
| 57 | Jane C. Hoerig |
| 58 | Janet M. Harding |
| 59 | Jay & Lisa Clem |
| 60 | Jeanelle Shields |
| 61 | Jeffrey Lanctot |
| 62 | Jerry T. Party |
| 63 | Jill Berman |
| 64 | John A. McLeod |
| 65 | John Davids |
| 66 | John S. Brasino |

EXHIBIT A

| No. | Plaintiff name as found in complaint |
|---|---|
| 67 | John Schneider |
| 68 | Jose Carrasquero |
| 69 | Judith A. Jance |
| 70 | Judy Bledsoe Addington Credit Trust |
| 71 | Judy M. Schneider |
| 72 | June Burghardt |
| 73 | Katherine Leigh McCurry |
| 74 | Kathleen Opler |
| 75 | Kathy Opler |
| 76 | Kevin & Kathy Daviscourt |
| 77 | Kevin Daviscourt |
| 78 | Kevin Gabelien |
| 79 | Larry Berman |
| 80 | Larry M. Jensen |
| 81 | Lee Kraft |
| 82 | Leif Youngberg |
| 83 | Leonard Dietrich |
| 84 | Leslie Garrett 2002 Trust |
| 85 | Lois Gelman/Eric Fassler |
| 86 | Loretta Kelly |
| 87 | Lory Lybeck |
| 88 | Manuel Rivelo Living Trust |
| 89 | Margaret AH Siemion |
| 90 | Margaret Tilbury |
| 91 | Margey Thoresen aka M. A. Thoresen |
| 92 | Marjorie Easley |
| 93 | Mark & Barbara Roller |
| 94 | Mark & Susan Blanchard |
| 95 | Mark Shapiro |
| 96 | Marlee Kleca |
| 97 | Martin & Susan McCurrey |
| 98 | Martin E. McQuaid |
| 99 | Martin Thomas Paul |

# EXHIBIT A

| No. | Plaintiff name as found in complaint |
|---|---|
| 100 | Michael & Tonya Venneberg |
| 101 | Michael J. Sweeney & Cathleen M. Carr |
| 102 | Michael Moran |
| 103 | Mimi Cristall/Macho Mouse |
| 104 | Monte & Nancy Szendre |
| 105 | Muriel Van Housen Charitable Remainder Unitrust |
| 106 | NCCF Support Inc/Bill Layton |
| 107 | Neal Baum |
| 108 | Nick J. & Stacie L. Beck Living Trust |
| 109 | Pamela B. McCabe |
| 110 | Patrick Mitchell |
| 111 | Payton Smith IRA |
| 112 | Peter & Sandra Jouflas |
| 113 | Peter Garrett |
| 114 | Phillip & Susan Parise |
| 115 | Ray Hebert |
| 116 | Raymond Klein |
| 117 | Richard & Hope Stroble |
| 118 | Richard & Susan Warsinke |
| 119 | Richard Machin |
| 120 | Rick Braumoeller |
| 121 | Robert & Carol Grant |
| 122 | Robert & Catherine Ferguson |
| 123 | Robert Bashor |
| 124 | Robert Bernardo |
| 125 | Robin J. Knepper Living Trust |
| 126 | Robin Knepper GST Non Exempt QTIP |
| 127 | Ron Buzard |
| 128 | Roy A. Slack MD |
| 129 | Ryan Andrew McCurry |
| 130 | Scott Silver |
| 131 | Sonia Fradkin |
| 132 | Stanley Zimmer |

EXHIBIT A

| No. | Plaintiff name as found in complaint |
|---|---|
| 133 | Stephanie Erdahl |
| 134 | Stephen P. Walker III |
| 135 | Stephen Prentice |
| 136 | Steven & Evelyn Chestnut |
| 137 | Steven Sasaki |
| 138 | Susan-Claire Anderson Reid |
| 139 | Terry Collier |
| 140 | The Estate of Bruce Watson |
| 141 | Thomas & Cathy Friedland |
| 142 | Thomas W. Friedland |
| 143 | Timothy L. Sutherland Living Trust |
| 144 | TJI II LLC |
| 145 | Uri Silberstein |
| 146 | Vicki L. Brakke |
| 147 | Victoria Littleman |
| 148 | Virginia Gabelein |
| 149 | Vivian Wheeler |
| 150 | Wilkinson Charitable Unitrust |
| 151 | William & Wenche Riva |

# EXHIBIT B

Adversary No. 12-01767-KAO     EXHIBIT B

| No. | Plaintiff name as found in complaint |
|---|---|
| 1 | Camelia J. Dobrick |
| 2 | Charles Flynn |
| 3 | David Allen Hill |
| 4 | Henry R.E. Spouse |
| 5 | James & Camelia Dobrick |
| 6 | James C. Dobrick |
| 7 | James P. Newcomb |
| 8 | Jene H. Deguchi |
| 9 | Jill A. Flynn |
| 10 | John Francis Henry Trust |
| 11 | Kelley Kennedy |
| 12 | Kevin & Kelley Kennedy |
| 13 | Kevin Kennedy |
| 14 | Mark Cramer |
| 15 | Milton & Jane Barrett |
| 16 | Norma Jean Spouse |
| 17 | Peter G. Adler |
| 18 | Richard W. Campbell |
| 19 | Rothschild Revocable Living Trust |
| 20 | Scott Jennings |