Honorable Karen A. Overstreet
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re:<br><br>CONSOLIDATED MERIDIAN FUNDS, a/k/a MERIDIAN INVESTORS TRUST, et al.,<br><br>Debtors. | Consolidated Case No. 10-17952-KAO |
| MARK CALVERT, as liquidating Trustee of the MERIDIAN INVESTORS TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ZION BANCORPORATION, a Utah corporation; THE COMMERCE BANK OF WASHINGTON, N.A., a federally chartered commercial bank,<br><br>Defendants. | Adv. Pro No. 12-01767-KAO<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ADV. PROC. NO. 12-01767 WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ADV.
PROC. NO. 12-01767 WITH PREJUDICE PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)– 1

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51241458.1

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**IT IS HEREBY STIPULATED** by and between Plaintiffs Mark Calvert, as Liquidating Trustee of Meridian Mortgage Investor Fund I, LLC, Meridian Mortgage Investor Fund II, LLC, Meridian Mortgage Investor Fund III, LLC, Meridian Mortgage Investor Fund V, LLC, Meridian Mortgage Investor Fund VI, LLC, Meridian Mortgage Investor Fund VII, LLC, Meridian Mortgage Investor Fund VIII, LLC, Meridian Mortgage Investor Fund IX, LLC, Meridian Mortgage Investor Fund X, LLC, MPM Investor Services, Inc., Meridian Real Estate Opportunity Fund I, LLC, Meridian Real Estate Opportunity Fund II, LLC, and the Liquidating Trust of June 21, 2011, Aaron and Suzanne Kelly, Alex Cordas/Viking, Alison Kinder, Alvin Berman, Anne Prewett, Anne Sopher-Shapiro, Barbara Thompson, Betty Treiger, Bill & Linda Green Revocable Trust, Brian Lagen, Brenda Smith, Brett Nesland, Bruce P. and Karleen Kennedy Trust, Bruce S. & Carol L. Backer, The Estate of Bruce Watson, Bruce Zimmerman, Carl Pavelko, Carl Pavelko IRA, Carol Nelson, Carolyn Graves, Catherine Hansen, Charles Scott Harbert, Christine Buecker, Christine Whitney, Daniel Joseph Allen, David & Mary Jo Nelson, David Allen Hill, David Nelson, Dennis & Paula Heck, Diane Lauerman, Dianne M. Fisher, Donald F. Berry, Doug Whittle, Doyl Burkett, Dr. Brian A. & Ramona Sakamoto, Eric Jarvis, Eric Smith, Erik Morris, Fenton Love, Gary Stevens, Henry & Charlotte Kim, Henry Waggoner, J. Greg Zoltani, Jackie Gran, Jacqueline Ramsey, James A. North, James Claus, Jan Sobieralski & Louise McNerney, Janice Miller, Jay & Lisa Clem, Jaye Johnson, Jeffrey Lanctot, Jeffrey Richter & Kristin Trace, Jens Gran, Jette Jon Bunch, Jill Berman, Jo Hoffman, John & Joanne Wejak, John S. Barney, John S. Brasino, John S. & Katie M. Milne, Joseph W. McNamee, Judy Meleliat, Karl Sandborg, Kevin Daviscourt, Kristen Jarvis, Kristin Griffith, Kurt Daviscourt, Larry Berman, Lee Jr. Family Trust, Leif Youngberg, Leonard Dietrich, Loni L. Gray Living Trust, Lori Elliot, Lory Lybeck, M. Eugene Miller, Manuel Rivelo Living Trust, Marc Lagen, Margo Lagen, Marika Pineda, Mark Shapiro, Martin E. McQuaid, Mary L. Davis, Mary Moore, Mary Reilly Jensen, Matthew J. & Wendy C. Costello, Michael & Tonya Venneberg, Michael

JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ADV. PROC. NO. 12-01767 WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)– 2

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

51241458.1

Case 12-01767-TWD    Doc 178    Filed 02/17/15    Ent. 02/17/15 15:14:55    Pg. 2 of 10

| | |
|---|---|
| 1 | Nesland, Morris & Anita Hendrickson, Neal Baum, Nick J. & Stacie L. Beck Living Trust, |
| 2 | Pasner Family Trust, Patricia Blumenthal, Patricia J. McNamee, Patricia Peterson, Patricia |
| 3 | Robinson, Peter Boleneus, Peter Jarvis IRA, Ray Frederick, Ray Hebert, Richard & Marjorie |
| 4 | Sampson, Richard Brashen, Rick Braumoeller, Rob Chandler, Robert & Mary Montgomery, |
| 5 | Robert Montgomery IRA, Robert Fairbairn, Robert Friedman, Robert Stack, Rothschild |
| 6 | Revocable Living Trust, Ron Neubauer, Ronald C. Norris and Linda S. Talley, Russ Humphrey, |
| 7 | S. Bruce and Edith B. Tobin, Sam T. & Virginia Howard, Sandra Dunn, Santos & Lidia Argueta, |
| 8 | Shane McTaggart, Sharon Warsinske, Shirley Peterson, Stanley M. Graves IRA, Stanley |
| 9 | Zimmer, Steven & Carrie Yates, Steven Sasaki, Stuart Hagen, Susan Gilleland, Susan-Claire |
| 10 | Anderson Reid, Suzanne C. Johnson, Talking Dreams Stable, TATS of WA, Inc., defined |
| 11 | Pension Plan, Theodore Owen Gates, Timothy L. Sutherland Living Trust, Todd Mueller, |
| 12 | Victoria Littleman, William John Bloudek, Jr., William G. Garrett, Adeline Shannon, Al |
| 13 | Chandler, Alan C. Stewart/Stewart Family Recov., Alan D. Cornell, Alan F. Roberts IRA, Alan |
| 14 | G. Willett/Al Willett, Albert A. James Living Trust, Albert W. Emonds, Alberta J. Fahlsing, |
| 15 | Alden M. Garrett, Alexander Children LLC, Alice Johnson Exemption Trust, Alice Wraith, |
| 16 | Allen & Millicent Day, Anderson Family Revocable Living Trust, Andrew L. Orton IRA, |
| 17 | Andrew L. & Mary Lee Orton, Anita Hendrickson, Ann Morris & James Sobieck, Annette Lave |
| 18 | Ostergaard, Anthony & Julie Panagiotu, Anthony Brian Davenport, Anthony J. Robins, Anthony |
| 19 | Tamaccio & Chi Lay Bahn, Antonietta Galotola, Arlen Prentice, Arthel Burklund, Atsuko Klein, |
| 20 | Barbara & Pat Carey, Barbara A. Smith, Barbara Burns, Beth P. Carver-Kennel, Big E |
| 21 | Construction, Bob Pappas, Bocek Family LP II, Brian P. Mulligan, Brian Pearson IRA/Viking, |
| 22 | Brian Yates, Bruce Guenzler & Mary Heidt, C. Eric Gulotta, Camelia J Dobrick, Caren L. |
| 23 | Toney, Carl & Karen Elliott, Carl Scott East, Carlos Herrera, Carole Maddock, Carolyn Gaylord, |
| 24 | Carsten & Elizabeth Henningsen, Catherin Maxwell, Celia Herrera, Chad Reed, Charles |
| 25 | Albright, Charles E. Jenks, Charles Flynn, Charles L. LeFevre/Viking Retirement, Charles R. |
| 26 | |

JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ADV. PROC. NO. 12-01767 WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)– 3

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51241458.1

Case 12-01767-TWD    Doc 178    Filed 02/17/15    Ent. 02/17/15 15:14:55    Pg. 3 of 10

Knight, Chris Prentice, Chris Seeley, Christianson Living Trust, Christina Koons, Christopher Kane Rollover IRA, Clauson Family Trust, Clifford ("Cliff") & Marie Hackney, Clifford N. Harby, Constance Weiss, Cornerstone Alternative Fixed Income Fund LP, Craig & Darla Brand, Craig A. Norsen IRA, Craig Bruya, Craig R. Edwards, Craig Tall, CRER Capital Holdings LLC, Crista Ministries, Crista Ministries Operating Acct, Crista Ministries/ASAR Endowment, Crista Ministries/CVM Endowment, Crista Ministries/SC Endowment, Crystal Mountain Founders Club, Cynthia S Lair/Charles Schwab, Dale & Linda Miller, Dale Knelevich, Dale L. Cowles, Dan Dingfield, Dan Gatchet, Dan Rasar, Dana Taylor Davenport, Daniel Kearin, Daniel Kearin IRA, Daniel T & Jessie G Hayden Unitrust/Crista, Darle & Patricia Blumenthal, Darpat LLC, Darrin Erdahl, Daryl & Joyce Reoch, Dave & Karen Hobson, David & Anne Gilbert, David & Barbara Rogers, David & Sonia Alexander, David & Susan Stewart Family Trust, David A. Buecker, David A. Spencer, David Alexander, David Beitel, David C.E. Williams, David Charles Leisy, David Graybill/David Graybill IRA/Charles Schwab, David Greenheck, David J. Barenborg, David Lee Johnson, David M. Bray III, David M. Hyink, David Moseley, David N. Chichester, David O'Hara, David Stempel, David Stewart/Sterling Trust Co, David W. & Kortney L. Graybill, Dawn D. Tumham, Debbie C. Acton, Deborah & Jennifer Brehm, Deborah A. Weasea, Deborah Garrett, Deborah Garrett 2002 Trust, Deborah M. Geffrard, Debra Blumberg, Dee Tour du Monde, Delmar & Jerry Burkett, Denise C. Chandler Smith, Dennis & Wilma Johnson, Dennis Claus, Dennis Iverson, Dennis Rossman, Dennis Weston IRA, Denny Shuler, Diane Katz/Viking, Diane Stielstra/Diane Stielstra & Don Fry, Donald Esfeld, Donna Whitney IRA, Donna Willett, Doris M. Katz Credit Trust, Dorothy M. Rupert, Doyl & Catherine Burkett, Drew Fletcher, Drew Thoresen, Dudley W. Johnson, E. Doris Gough Trust, Ea Lilja, Eduardo R. Garcia, Eduardo R. Garcia & Jane C. Hoerig, Edward Charles Kauffman, Edward Garth, Edward J. Alto, Edward J. O'Toole, Edward Keven Greenfield, Edward M. Hartstein, Edward R. Stanek IRA, Eldon Larson, Eleanor Karapetian, Elizabeth Dowd, Elizabeth Hampson

JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ADV. PROC. NO. 12-01767 WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)– 4

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51241458.1

Case 12-01767-TWD    Doc 178    Filed 02/17/15    Ent. 02/17/15 15:14:55    Pg. 4 of 10

1 aka Karen E. Elmer, Elizabeth Ione Newman, Elizabeth Tilbury-Marquard, Ellen J. Koutsky, Emma Sigmund Trust, Enid R. Clauson, Erik Meltzer, Estate of Margaret Thoresen, Evan Smith & Barbara Schechter, Evergreen Barbecue, F. Ross Boundy, Fairweather Lane, Floyd B. Barnes, Forrest Lee Brissey, Frances Byrne, Frank M. Mercker, Franklin B. Flowers, Fred & Marilee Slusser, Fred G. Neufeld, Fred Neufeld, Fred Wert, Frederic J. Sigmund, Frederic J. Sigmund IRA/Viking, Frederick W. Lurmann, Garrett M. Upper, Gary Galeotti IRA, Gary Galeotti Sep IRA, Gary Galeotti/Galeotti Living Trust, Gayle A. Murdock, Gene Fetters, George E. Burt IRA, George G. Toussaint, Gerald (Jerry) Hendin, Geraldine Ann King GST Trust, Gina Burrow, Glenn R. Holst, Glenn R. Holst IRA/Equity Trust, Goldie Feinberg, Gordon L. Rockhill/Gordon Rockhill IRA, Gordon Willett, Greg Whitney IRA, H. Raymond & Jina Lankford, Haley Elizabeth McCurry, Hallie S. Maxon Trust, Hanan Berman, Harold & Jacklyn Vhugen, Harold E. Olsson IRA, Harold F. Vhugen, Harris Family Trust, Heather Moynihan, Helen M. Miller, Henry Brehm IRA, Henry H. Happel III, Henry R.E. Spouse, Herrera Environmental Consult., Hope R. Garrett, Hyun Ju Low, Irwin Gruverman, Isabelle Noiret, Jack & Linda Middlebrooks, Jack Jackson aka C. Jack Jackson, Jacklyn Vhugen, Jacqueline Pappas, James & Camelia Dobrick, James & Marianne Wilkinson, James A. Tryon, James and Lisa O'Neal, James C. Dobrick, James J. Casey, James L. & Lynne M. Addington, James L. Addington IRA, James M. Becker, James M. Marquard, James P. Newcomb, James Pechan, James R. Anderson, James R. Swanson, James Sweet, Jan Diepenheim/Jan Diepenheim/Viking, Jane C. Hoerig, Janet M. Harding, Janet Stanton IRA/Charles Schwab, Janis Ban IRA, Jann A. Curley, Jarvis Gift Trust #1/Sally B. Jarvis Family Gift Trust UA DTD 11/01/94, Jarvis Gift Trust #2/Sally B. Jarvis Family Gift Trust #2, Jeanne Carlson, Jeanne Edwards, Jeanne W. Carlson, Jeanelle Shields, Jeffrey Keck, Jeffrey L. & Denise J Beauchamp, Jene H. Deguchi, Jenner Charitable Remainder Unitrust, Jeremey & Linda Mattox, Jerry R. Ronk IRA, Jerry T. Party, Jessica Prince, Jill A. Flynn, Jim Purdy, Jo Ann Corfman, Joan L. Johnson Living Trust, Joanne E. Galloway Trust,

JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ADV.
PROC. NO. 12-01767 WITH PREJUDICE PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)– 5

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400   FAX (206) 447-9700

51241458.1

Case 12-01767-TWD    Doc 178    Filed 02/17/15    Ent. 02/17/15 15:14:55    Pg. 5 of 10

1 Joanne Meyers IRA, Jody M. Albright, Joel Korotzer, John A. McLeod, John Carr, John D. Opalka, John Davids, John E. Pendergast, John F. & Marjorie A. Thatcher, John Francis Henry Trust, John H. (Jack) & Patricia A Stahl, John L. Backes/Charles Schwab, John L. Backes & Robin J. Roberts aka J. Backes & R. Roberts Revocable Trust, John Schneider, John Spicer, John T. Towey, John W. Warjone, John W. Young, John W. Young IRA/Charles Schwab, Jon F. Nordby, Jose Carrasquero, Joseph L. Davis, Joseph Waskom, Judith A. Jance, Judith Cooper Hayden aka Judith Hadyen, Judith Hughes, Judy Bledsoe Addington Credit Trust, Judy M. Schneider, Julie Carkin, June Burghardt, Karen Hobson IRA, Kari J. Guddal Record aka Kari Record, Karleen K. Kennedy, Karyn L. Kelley, Katherine D. Schmidt, Katherine Leigh McCurry, Katherine N. Heun, Kathleen Opler, Kathleen T. Snyder/Charles Schwab, Kathry R. Sigmund IRA/Viking, Kathryn R. Sigmund IRA/Viking, Kathy & Duane Timmons, Kathy Gerke, Kay M. Edwards, Kathy Opler, Keith Schafer, Kelley Kennedy, Kelsey M. Edwards, Ken & Loretta Story, Ken B. Martin, Ken Story, Ken Story IRA, Kendal Martin, Kenneth & Katherine Heeter, Kenneth Heeter/Charles Schwab, Kenneth R. Koehler, Kevin & Alia Peterson, Kevin & Kathy Daviscourt, Kevin & Kelley Kennedy, Kevin Gabelien, Kevin Kennedy, Kimberly Susan Sinfield Family Trust, Kourtney Lorriane Graybill IRA/Charles Schwab, Kristin A. Jamerson, Kurt C. Edinger, Kyle Edwards, Lance Mueller, Lance Mueller & Assoc., Lance Mueller & Assoc. Profit Sharing Plan, Lance P Mueller IRA/RBC Capital Markets, Larry Culver, Larry M. Jensen, Larry Stauffer, Laura L. Anderson, Laurie Towey, Lawrence Michael, Lawrence, & Michael Glenn, Lee A. Smith, Lee Kraft, Leslie Garrett 2002 Trust, Linda Breiwick, Linda D. Adams, Linda G. Jeans, Linda Griffin, Linda H. Preizler, Lloyd A. Knight Charitable Remainder Unitrust/Crista, Lois Gelman/Eric Fassler, Lola A. Yeend Growth Fund LLC & Lola A Yeend Bond Income LLC, Loretta Kelly, Loretta Story, Loretta Story IRA, Lorin J. Anderson Trust, Lynne M. Addington IRA, Mahlon & Jeanne Nichols, Malcolm L. Edwards, Malcolm L. Edwards & Elizabeth Dowd, Malmfeldt Living

JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ADV. PROC. NO. 12-01767 WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)– 6

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51241458.1

Case 12-01767-TWD    Doc 178    Filed 02/17/15    Ent. 02/17/15 15:14:55    Pg. 6 of 10

Trust, Marc & Trina LaRoche, Marc LaRoche IRA, Margaret AH Siemion, Margaret Ann Ross, Margaret Tilbury, Margey Thoresen aka M. A. Thoresen, Marilyn H. Kean, Marjorie Easley, Marjorie J. Holstege, Mark & Barbara Roller, Mark & Joan Lombardi, Mark & Susan Blanchard, Mark B. Upson, Mark Cramer, Mark Weisman IRA, Marlee Kleca, Marlene Winter, Martin & Susan McCurrey, Martin Thomas Paul, Martyn F. Adams, Mary A. Sifferman, Mary Ann Gonzalez, Mary Ann Mackay, Mary Ann Moore, Mary B. Veal, Mary Elizabeth Kelly, Melissa Klebanoff, Meyers Investment LLC, Michael & Diane Quiriconi, Michael J. Sweeney & Cathleen M. Carr, Michael Ken Menth, Michael Krutsinger, Michael Quiriconi IRA, Michael R. Oreskovich, Michael Rasmussen, Michael Moran, Milton & Jane Barrett, Mimi Cristall/Macho Mouse, Monica H. Mackin, Monte & Nancy Szendre, Morgan G. Edwards, Muriel Van Housen Charitable Remainder Unitrust, Nathan Benedict & Steven Nyman, NCCF Support Inc/Bill Layton, Neal Sullins, Neville & Louella Dowell FLP, Norma Barnecutt, Norma Jean Spouse, Pamela B. McCabe, Patricia A. Campbell, Patricia Anne Friedland/Pat Friedland, Patricia Marie Logan, Patricia Sabin/Penny Sabin, Patrick J. Burns, Patrick Mitchell, Paul A. Nelson, Paul Fergen, Paul G. Ellingson, Paul H. Soderlund IRA, Paul M. McDermott, Paul Stutesman, Paul Walker, Payton Smith IRA, Peter & Sandra Jouflas, Peter G. Alder, Peter Garrett, Peter Langmaid/Elizabeth Langmaid UGMA/Jessica Langmaid UGMA/Peter Langmaid & Audrey Shiffman, Peter Sutherland, Phil & Anita Rockefeller, Phillip & Susan Parise, Philip Stielstra, Pieter & Claire Van Wingerden, Poul & Joann Hansen Living Trust, Ralph B. Walker, Ralph R. Zeck DDS MS PS, Ray Bowen, Raymond Klein, RDV Racing LLC, Richard & Hope Stroble, Richard & Linda Korver, Richard & Susan Warsinke, Richard A. Snyder/Charles Schwab, Richard B. King Exempt Trust, Richard D. Padrick, Richard Izmer Revocable Living Trust, Richard Lawrence Johnson, Richard Machin, Richard Michael Creighton IRA, Richard R. Radloff, Richard Ress, Richard S. Munsen Jr IRA, Richard W. Campbell, Richard W. Johnson IRA/Sterling Trust, Richard W. Johnson Living Trust, Rick & Betsy Ellingson/Rick & Mary

JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ADV. PROC. NO. 12-01767 WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)– 7

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

51241458.1

Case 12-01767-TWD    Doc 178    Filed 02/17/15    Ent. 02/17/15 15:14:55    Pg. 7 of 10

1 Ellingson, Rita Pampanin, Robert & Catherine Ferguson, Robert & Carol Grant, Robert & Karyn
2 L. Kelley, Robert & Lyndi Taylor, Robert Bashor, Robert Bernardo, Robert C. Abbe, Robert C.
3 Wallace, Robert Dennis & Peggy Jean Turner Charitable Unitrust/Crista, Robert E. Miller,
4 Robert F. & Cynthia M. Mokos, Robert G. Noftsger IRA/Viking, Robert G. Noftsger
5 Roth/Viking, Robert J. & Katherine Heun Trust, Robert J. & Nancy Hutnik, Robert J. Gerke,
6 Robert J. Heun, Robert J. Hutnik, Robert J. Stanton Trust FBO James L. Stanton, Robert Jeans,
7 Robert L. Cooper Family LLC, Robert L. Hoffman, Robert Murray Darling/R. Murray Darling,
8 Robert Noftsger, Robert O. Edwards Trust, Robert P. & Catherine A. Betz, Robert Sours, Robert
9 Staudacher, Robert Tauscher, Robert Taylor IRA, Robert Wroblewski, Robin J. Knepper Living
10 Trust, Robin Knepper GST Non Exempt QTIP, Rodney B. Smith & Ellen B. McCown, Roger K.
11 Hammers IRA & Roth, Roger L. Winter, Roland & Margaret Ross, Roland J. Ross IRA, Ron
12 Buzard, Ronand Norris/Ronand Norris & Linda Talley, Ronald & Deborah Parker, Ronald J.
13 Kiracofe, Roy & Kathleen Whitman, Roy A. Slack MD, Ruhl Family Trust/K. Michael Ruhl,
14 Ryan Andrew McCurry, Sam & Virginia Howard, Samuel Selinger IRA, Sandra Alto, Sara L.
15 Schmitt, Sarah Johnson Armstrong, Scott D. Murdock, Scott Jennings, Scott Silver, Seidner
16 Investments LLC, Sharon Lynne Davidoff, Sheila K. Striegl, Shelley Smith, Sherri Zom IRA,
17 Sherrie Wilson, Shirley Iverson, Sonia Fradkin, Stanek Family Trust, Stanley B. Eastberg,
18 Stephanie Erdahl, Stephen P. Walker III, Stephen Prentice, Stephen R. Jepson, Stephen W.
19 Radons, Steven & Evelyn Chestnut, Steven Ban, Steven P. Wisner, Susan A. Stewart/Sterling
20 Trust Co, Susan Ann V. Bray, Susan Melodia, Susan Stanek Winget Sep IRA, Suzanne Kotz,
21 Suzanne Roberts IRA, Tacor Properties LLC, Terry & Rita Deschenes, Terry Collier, Theodore
22 & Nancy Preg, Thomas & Cathy Friedland, Thomas B. Keefer, Thomas C. Green IRA/Charles
23 Schwab, Thomas C. Green MD IRA/Charles Schwab, Thomas E. & LouAnn Rypka, Thomas F.
24 Topel, Thomas F. Topel IRA/Charles Schwab, Thomas McGreevy, Thomas O. Orvald, Thomas
25 W. & Cheryl L. Merriman, Thomas W. Friedland, Thomas W. Roberts, Timothy Higgins, TJI II

JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ADV.
PROC. NO. 12-01767 WITH PREJUDICE PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)– 8

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51241458.1

Case 12-01767-TWD    Doc 178    Filed 02/17/15    Ent. 02/17/15 15:14:55    Pg. 8 of 10

| | |
|---|---|
| 1 | LLC, Todd D. Silver, Tom Nickels, Tryg Winquist, Uri Silberstein, Vicki L. Brakke, Virginia |
| 2 | Gabelein, Vivian Wheeler, Walter &. Denise Smith, Warren (Terry) & Shari Hill, Wilbur |
| 3 | Schick, Wilkinson Charitable Unitrust, William & Wenche Riva, William E. Whitaker, William |
| 4 | Elmer IRA/Kibble Prentice, William F. Amman, William Fahlsing, William Gaylord, William |
| 5 | H. Martin, William Larson, William P. Wolfe, Yates Family LLC, Yates Family LP, Yoko |
| 6 | Murao, Zhanbing Wu, and, Zimmerman Trust/Miriam A. Zimmerman Living Trust, on the one |
| 7 | hand, and Defendant The Commerce Bank of Washington, N.A., on the other hand, by and |
| 8 | through their counsel of record, that, pursuant to Rule 41(a)(1)(A)(ii), that the action *Calvert, et* |
| 9 | *al. v. Zions Bancorporation, et al.*, Adv. Proc. No. 12-01767 is dismissed with prejudice in its |
| 10 | entirety and without costs to any party. This stipulation also operates to authorize the dismissal |
| 11 | with prejudice of Defendant Zions Bancorporation. This stipulation shall have no effect on any |
| 12 | other adversary proceeding under Consolidated Case No. 10-18668 or Consolidated Case No. |
| 13 | 10-17952. |

Dated: February 13, 2015        EAGAN AVENATTI, LLP

By:   /s/ Michael J. Avenatti
      Michael J. Avenatti (Pro Hac Vice)
      Attorneys for All Plaintiffs

FOSTER PEPPER PLLC

By:    /s/ *Jane Pearson*
      Jane Pearson, WSBA #12785
      Attorneys for All Plaintiffs

The above signatories attest that the signatory below, on whose behalf this filing is also submitted, concurs in the filing's content and has authorized the filing.

JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ADV. PROC. NO. 12-01767 WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)– 9

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51241458.1

Case 12-01767-TWD    Doc 178    Filed 02/17/15    Ent. 02/17/15 15:14:55    Pg. 9 of 10

1  Dated: February 13, 2015                    GARVEY SCHUBERT BARER

2                                              By:      /s/ David Lieberworth
3                                                    David Lieberworth, WSBA #9329
                                                     Attorneys for Defendant The Commerce
4                                                    Bank of Washington, N.A.

JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ADV.  
PROC. NO. 12-01767 WITH PREJUDICE PURSUANT TO  
FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)– 10

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51241458.1

Case 12-01767-TWD    Doc 178    Filed 02/17/15    Ent. 02/17/15 15:14:55    Pg. 10 of 10